Fill in this information to identify your case:

United States Bankruptcy Court for the:

CENTRAL DISTRICT OF CALIFORNIA

Case number (if known) _____    Chapter  11

☐ Check if this an amended filing

Official Form 201
## Voluntary Petition for Non-Individuals Filing for Bankruptcy    04/20

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | Debtor's name | **Cherry Man Industries, Inc.** | |
| 2. | All other names debtor used in the last 8 years<br><br>Include any assumed names, trade names and *doing business as* names | | |
| 3. | Debtor's federal Employer Identification Number (EIN) | 03-0408944 | |
| 4. | Debtor's address | **Principal place of business**<br><br>**2100 E. Grand Ave. Suite #600**<br>**El Segundo, CA 90245**<br>Number, Street, City, State & ZIP Code<br><br>**Los Angeles**<br>County | **Mailing address, if different from principal place of business**<br><br>_____<br>P.O. Box, Number, Street, City, State & ZIP Code<br><br>**Location of principal assets, if different from principal place of business**<br><br>_____<br>Number, Street, City, State & ZIP Code |
| 5. | Debtor's website (URL) | | |
| 6. | Type of debtor | ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))<br>☐ Partnership (excluding LLP)<br>☐ Other. Specify: | |

Official Form 201    Voluntary Petition for Non-Individuals Filing for Bankruptcy    page 1

Debtor **Cherry Man Industries, Inc.** _____ Case number (*if known*) _____
           Name

7. **Describe debtor's business**   A. *Check one:*

   ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

   ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

   ☐ Railroad (as defined in 11 U.S.C. § 101(44))

   ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

   ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

   ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

   ■ None of the above

   B. *Check all that apply*

   ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

   ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

   ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

   C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor.
      See http://www.uscourts.gov/four-digit-national-association-naics-codes.

      _____

8. **Under which chapter of the Bankruptcy Code is the debtor filing?**

   A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

   *Check one:*

   ☐ Chapter 7

   ☐ Chapter 9

   ■ Chapter 11. *Check all that apply*:

       ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,725,625. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

       ☐ A plan is being filed with this petition.

       ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

       ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11 (Official Form 201A)* with this form.

       ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

   ☐ Chapter 12

9. **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
   If more than 2 cases, attach a separate list.

   ■ No.
   ☐ Yes.

   District _____ When _____ Case number _____
   District _____ When _____ Case number _____

Debtor **Cherry Man Industries, Inc.** _____ Case number (*if known*) _____
Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☒ No
☐ Yes.

List all cases. If more than 1, attach a separate list

Debtor _____        Relationship _____
District _____ When _____  Case number, if known _____

**11. Why is the case filed in *this district*?**

Check all that apply:

☒ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☒ No
☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
   What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
Number, Street, City, State & ZIP Code

**Is the property insured?**
☐ No
☐ Yes. Insurance agency _____
       Contact name _____
       Phone _____

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

Check one:

☒ Funds will be available for distribution to unsecured creditors.
☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

☒ 1-49                ☐ 1,000-5,000       ☐ 25,001-50,000
☐ 50-99              ☐ 5001-10,000       ☐ 50,001-100,000
☐ 100-199           ☐ 10,001-25,000    ☐ More than 100,000
☐ 200-999

**15. Estimated Assets**

☐ $0 - $50,000                  ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion
☐ $50,001 - $100,000         ☐ $10,000,001 - $50 million       ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000       ☐ $50,000,001 - $100 million     ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☒ $100,000,001 - $500 million    ☐ More than $50 billion

**16. Estimated liabilities**

☐ $0 - $50,000                  ☐ $1,000,001 - $10 million        ☐ $500,000,001 - $1 billion

Debtor   **Cherry Man Industries, Inc.** _____   Case number (*if known*) _____
     Name

- ☐ $50,001 - $100,000
- ☐ $100,001 - $500,000
- ☐ $500,001 - $1 million
- ■ $10,000,001 - $50 million
- ☐ $50,000,001 - $100 million
- ☐ $100,000,001 - $500 million
- ☐ $1,000,000,001 - $10 billion
- ☐ $10,000,000,001 - $50 billion
- ☐ More than $50 billion

Debtor   **Cherry Man Industries, Inc.**   Case number (*if known*)
        Name

### Request for Relief, Declaration, and Signatures

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on  3/17/2022
            MM / DD / YYYY

X _____        **Frank Lin**
  Signature of authorized representative of debtor   Printed name

Title  **President**

**18. Signature of attorney**

X _____   Date 03/17/2022
  Signature of attorney for debtor                MM / DD / YYYY

**Michael Jay Berger**
Printed name

**Law Offices of Michael Jay Berger**
Firm name

**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**
Number, Street, City, State & ZIP Code

Contact phone  (310) 271-6223     Email address  michael.berger@bankruptcypower.com

**100291 CA**
Bar number and State

Official Form 201    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**    page 5

Fill in this information to identify the case:

Debtor name: Cherry Man Industries, Inc.
United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA
Case number (if known):

☐ Check if this is an amended filing

# Official Form 204
## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
12/15

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| AVERIT EXPRESS P.O. BOX 102197 Atlanta, GA 30368 | | Trucking Vendor | | | | $17,646.51 |
| BYRNE ELECTRICAL 320 BYRNE INDUSTRIAL DRIVE Rockford, MI 49341 | | Product Supplier | | | | $20,506.42 |
| CATHAY BANK Business Development Department 9650 Flair Drive El Monte, CA 91731 | | Business Loan | | | | $13,800,000.00 |
| CITY OCEAN INTERNATIONAL INC 21700 COPLEY DR SUITE 100 Diamond Bar, CA 91765 | | Freight Forwarder | | | | $577,695.00 |
| DANDEE PALLET & PACKAGING INC 1605 CROWFOOT CIRCLE S. Hoffman Estates, IL 60169 | | Pallet Supplier | | | | $7,946.00 |
| DAYTON FRIEGHT P.O. BOX 340 Vandalia, OH 45377 | | Trucking Vendor | | | | $7,262.74 |
| DE-WELL GROUP 5553 BANDINI BLVD, UNIT A Bell Gardens, CA 90201 | | Freight Forwarder | | | | $116,090.00 |
| DEKA OFFICE SYSTEM CO | | Product Supplier | | | | $156,338.76 |

Debtor  **Cherry Man Industries, Inc.**                                             Case number *(if known)*
        Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim<br>If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| ECHO GLOBAL LOGISTICS INC<br>22168 NETWORK PLACE<br>Chicago, IL 60673 | | Trucking Vendor | | | | $7,067.41 |
| GDS<br>P.O. BOX 444<br>Duarte, CA 91009 | | Trucking Vendor | | | | $5,350.96 |
| JUST PALLETS AND CRATES LLC<br>1400 VETERANS MEMORIAL HIGHWAY STE 134<br>Mableton, GA 30126 | | Pallet Supplier | | | | $35,300.00 |
| NEW PENN<br>24801 NETWORK PLACE<br>Chicago, IL 60673 | | Trucking Vendor | | | | $22,815.05 |
| PREFERRED PALLETS INC<br>P.O. BOX 1652<br>Rancho Cucamonga, CA 91729 | | Pallet Vendor | | | | $12,218.00 |
| PRIME TRANS, INC<br>1700 S WILMINGTON AVE<br>Compton, CA 90220 | | Trucking Vendor | | | | $31,825.00 |
| QX-ORIENTAL INTERNATIONAL | | Product Supplier | | | | $949,986.46 |
| R & L CARRIERS<br>P.O. BOX 10020<br>Port William, OH 45164 | | Trucking Vendor | | | | $60,173.25 |
| SHANGHAI LIANYING IMPORT | | Product Supplier | | | | $215,310.67 |
| SHANGHAI REAL HONG INT'L<br>RM 1908 DINGLI BUILDING<br>No. 235 CHANGYANG ROAD<br>SHANGHAI | | Product Supplier | | | | $74,060.00 |
| ZHEJIANG RUNDA KEHONG | | Product Supplier | | | | $36,505.89 |
| ZHEJIANG WALSN FURNITURE CO | | Product Supplier | | | | $557,759.88 |

# United States Bankruptcy Court
## Central District of California

In re **Cherry Man Industries, Inc.**

Debtor(s)

Case No. _____

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Edward Kim**<br>2100 E. Grand Ave., #600<br>El Segundo, CA 90245 | | | 39% |
| **Frank Lin**<br>2100 E. Grand Ave., #600<br>El Segundo, CA 90245 | | | 61% |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   3/17/2022          Signature   X _____
                                      **Frank Lin**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Michael Jay Berger, SBN 100291<br>Law Offices of Michael Jay Berger<br>9454 Wilshire Boulevard, 6th floor<br>Beverly Hills, CA 90212<br>(310) 271-6223 Fax: (310) 271-9805<br>michael.berger@bankruptcypower.com | |

☐ Debtor(s) appearing without an attorney
☑ Attorney for Debtor

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>**Cherry Man Industries, Inc.**<br><br>Debtor(s). | CASE NO.:<br>CHAPTER: 11<br><br>**VERIFICATION OF MASTER MAILING LIST OF CREDITORS**<br><br>[LBR 1007-1(a)] |
|---|---|

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __3__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: 3/17/2022        X _____
                          Signature of Debtor 1

Date: _____
                          Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: 3/17/2022        _____
                          Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                                F 1007-1.MAILING.LIST.VERIFICATION

Cherry Man Industries, Inc.
2100 E. Grand Ave. Suite #600
El Segundo, CA 90245


Michael Jay Berger
Law Offices of Michael Jay Berger
9454 Wilshire Boulevard, 6th floor
Beverly Hills, CA 90212


Anji DEKA OFFICE SYSTEM CO
Kangshan Industrial Park
Dipu Town, Anji County,
Anji County,
China, GA 31330


AVERIT EXPRESS
P.O. BOX 102197
Atlanta, GA 30368


BYRNE ELECTRICAL
320 BYRNE INDUSTRIAL DRIVE
Rockford, MI 49341


CATHAY BANK
Business Development Department
9650 Flair Drive
El Monte, CA 91731


CITY OCEAN INTERNATIONAL INC
21700 COPLEY DR SUITE 100
Diamond Bar, CA 91765


DANDEE PALLET & PACKAGING INC
1605 CROWFOOT CIRCLE S.
Hoffman Estates, IL 60169

DAYTON FRIEGHT
P.O. BOX 340
Vandalia, OH 45377


DE-WELL GROUP
5553 BANDINI BLVD, UNIT A
Bell Gardens, CA 90201


ECHO GLOBAL LOGISTICS INC
22168 NETWORK PLACE
Chicago, IL 60673


FREIGHT QUOTE
P.O. BOX 9121
Minneapolis, MN 55480


GDS
P.O. BOX 444
Duarte, CA 91009


JUST PALLETS AND CRATES LLC
1400 VETERANS MEMORIAL HIGHWAY
STE 134
Mableton, GA 30126


Luckywood (Taicang) Co., Ltd
No.8 Beihai Road
Liuhe Town, Taicang City
Jiangsu Province
China 21543


NEW PENN
24801 NETWORK PLACE
Chicago, IL 60673

PREFERRED PALLETS INC
P.O. BOX 1652
Rancho Cucamonga, CA 91729


PRIME TRANS, INC
1700 S WILMINGTON AVE
Compton, CA 90220


QX-ORIENTAL INTERNATIONAL
Orient International Holding
Suite B RM708, Orient International
 Building 85 Lou Shan Guan Rd
Shanghai, China


R & L CARRIERS
P.O. BOX 10020
Port William, OH 45164


SHANGHAI LIANYING IMPORT
RM1219 LANE3 FEICUI
INTERNATIONAL BUILDING EAST
JIEFANG ROAD, FENGXIAN DISTRICT
SHAGNHAI


SHANGHAI REAL HONG INT'L
RM 1908 DINGLI BUILDING
No. 235
CHANGYANG ROAD
SHANGHAI


ZHEJIANG RUNDA KEHONG
Fan Tan Industrail Zone
Anji County,Zhejiang Province
China, GA 31330


ZHEJIANG WALSN FURNITURE CO
No. 1588, Yuzhi Road
Nanxun District, Huzhou City
Zhejiang Province
Fleming, GA 31309