1  MICHAEL JAY BERGER (State Bar # 100291)
   LAW OFFICES OF MICHAEL JAY BERGER
2  9454 Wilshire Blvd. 6th Floor
   Beverly Hills, CA 90212-2929
3  Telephone:    (310) 271-6223
   Facsimile:    (310) 271-9805
4  E-mail:        michael.berger@bankruptcypower.com
5
6  *Proposed* Counsel for Debtor and Debtor-in-Possession,
   Cherry Man Industries, Inc.
7
                  UNITED STATES BANKRUPTCY COURT
8
                  CENTRAL DISTRICT OF CALIFORNIA
9
                     LOS ANGELES DIVISION
10
11  In re:                           ) CASE NO.: 2:22-bk-11471-NB
                                     )
12                                   ) Chapter 11
                                     )
13  CHERRY MAN INDUSTRIES, INC.,     ) **DEBTOR'S NOTICE OF MOTION AND**
                                     ) **EMERGENCY MOTION FOR ORDER**
14                                   ) **AUTHORIZING PAYMENT OF WAGES**
                                     ) **AND RELATED EXPENSES;**
15        Debtor and Debtor-in-Possession. ) **MEMORANDUM OF POINTS AND**
                                     ) **AUTHORITIES; DECLARATION OF**
16                                   ) **FRANK LIN IN SUPPORT THEREOF**
                                     )
17                                   ) **[LBR 2081-1 and LBR 9075]**
                                     )
18                                   )
                                     ) Hearing Scheduled For:
19                                   ) Date:   March 22, 2022
                                     ) Time:   1:00 p.m.
20                                   ) Place:  Courtroom 1545
                                     )          255 East Temple St., Suite 1552
21                                   )          Los Angeles, CA 90012
                                     )
22                                   ) ZoomGov Instructions:
                                     ) Meeting ID: 160 245 4670
23                                   ) Password: 011001
                                     ) Meeting URL: https://cacb.zoomgov.com/j/1602454670
24                                   ) Telephone: +1 669-254-5252 or +1 646-828-7666 or
                                     ) 833-568-8864 (Toll Free)
25                                   )
26
27      **TO THE HONORABLE NEIL W. BASON, JUDGE OF THE UNITED STATES**
28  **BANKRUPTCY COURT, CENTRAL DISTRICT OF CALIFORNIA, THE OFFICE OF**

**THE UNITED STATES TRUSTEE, TO THE SECURED CREDITORS, TO THE TWENTY LARGEST UNSECURED CREDITORS, AND TO ALL OTHER INTERESTED PARTIES AND THEIR COUNSEL OF RECORD:**

Cherry Man Industries, Inc., the Debtor and Debtor-in-Possession ("Debtor") in the above captioned chapter 11 case, by and through its undersigned proposed counsel will and hereby does move this Court on an emergency basis pursuant to sections 105(a), 363(b), 507(a)(4), (5) and (8) and 541(b)(7) of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.* (the "Bankruptcy Code"), for entry of an order (a) authorizing the Debtor to (i) pay prepetition wages, salaries and commissions to employees, and (ii) to pay prepetition benefits and continue maintenance of employee benefit programs, including workers' compensation (the "Motion").

On March 17, 2022, (the "Petition Date") Debtor commenced the instant bankruptcy case by filing a voluntary emergency petition for relief under chapter 11 of the Bankruptcy Code. Debtor is continuing in possession and managing its business as debtor in possession pursuant to sections 1107 and 1108 of the Bankruptcy Code.

As of the Petition Date the Debtor estimates it owes approximately $163,107.02 in outstanding salaries and wages to its approximately fifty (50) employees (including two insiders Frank Lin and Edward Kim)  for the payroll period of March 5, 2022 through and including March 19, 2022 to be issued on pay date March 25, 2022. By this Motion, the Debtor seeks authority to pay prepetition employee compensation.

This Motion is made on the basis of the Motion, the Declaration of Frank Lin, the Memorandum of Points and Authorities, and on such other evidence as the Court elects to consider prior to or at the hearing on this matter.

DEBTOR'S NOTICE OF MOTION AND EMERGENCY MOTION FOR ORDER AUTHORIZING PAYMENT OF WAGES AND RELATED EXPENSES; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF FRANK LIN IN SUPPORT THEREOF

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WHEREFORE**, the Debtor prays that the Court enter an order granting the relief requested above, and such additional relief as the Court deems just and proper.

Dated:  March 21, 2022

LAW OFFICES OF MICHAEL JAY BERGER

By:_____

Michael Jay Berger
*Proposed* Counsel for Debtor and Debtor-in-Possession, Cherry Man Industries, Inc.

DEBTOR'S NOTICE OF MOTION AND <u>EMERGENCY</u> MOTION FOR ORDER AUTHORIZING PAYMENT OF WAGES AND RELATED EXPENSES; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF FRANK LIN IN SUPPORT THEREOF

## MEMORDANDUM OF POINTS AND AUTHORITIES

### DEBTOR'S BUSINESS

Cherry Man Industries, Inc. was started in 2002  by Frank Lin. Debtor is one of the largest nationwide importers and distributors of office furniture case goods. Debtor imports and distributes high end commercial and office furniture with a sophisticated aesthetic manufactured in China and imported to the United States.  In addition, Debtor's business is committed to sustainability as a guiding principle. Debtor is headquartered in El Segundo, California, with five distribution centers across the United States totaling over one million square feet in Fontana, CA, Aurora Illinois, Buford, Georgia, Grand Prairie, Texas, and Logan Township, New Jersey.

### RELIEF REQUESTED

Cherry Man Industries, Inc. ("Debtor") has approximately fifty (50) employees consisting of salaried workers, hourly workers, and commissioned sales people.  Debtor normally pays every two weeks on Friday for the two week period ending the preceding Saturday. The Debtor will issue payroll checks on March 25, 2022 for the two week period beginning on March 5, 2022, through and including March 19, 2022 (the "Period").  The gross payroll for all outstanding wages, salaried, employees and employer taxes for the period is approximately $163,107.02   The gross pay amount of $163,107.02 includes the two insiders.  The amount of the gross pay without the two insiders is $139,177.09.  The two insiders will not be paid at the same time as the other employees.  Their pay will be held.  The two insiders will follow the compensation guidelines under Local Bankruptcy Rule 2014-1(a)(3).

Attached to the Declaration of Frank Lim (the "Lin Decl.") as **Exhibit 1** is a spreadsheet containing a roster of the Debtor's employees and the outstanding prepetition wages owed for the Period.

DEBTOR'S NOTICE OF MOTION AND EMERGENCY MOTION FOR ORDER AUTHORIZING PAYMENT
OF WAGES AND RELATED EXPENSES; MEMORANDUM OF POINTS AND AUTHORITIES;
DECLARATION OF FRANK LIN IN SUPPORT THEREOF

There are two insiders Frank Lin, President of Cherry Man Industries, Inc. and Edward Kim, Treasurer of Cherry Man Industries, Inc.  The gross payroll for all outstanding wages, salaried, employees and employer taxes for the period is approximately $163,107.02   The gross pay amount of $163,107.02 includes the two insiders. The amount of the gross pay without the two insiders is $139,177.09.  The two insiders will not be paid at the same time as the other employees.  Their pay will be held.  The two insiders will follow the compensation guidelines under Local Bankruptcy Rule 2014-1(a)(3).

In order to maintain employees' morale, prevent employees from quitting, and facilitate a successful reorganization, the Debtor recognizes the need to be able to pay the employees' compensation and pre-petition expense reimbursement requests, if any. The Debtor believes that failure to timely pay its Employees' Compensation will adversely affect its ability to retain its employees and to operate its business, and thereby frustrate its efforts to reorganize. Thus, without this Court's granting its approval of this Motion, the Debtor will lack authority to make any payments to the workers for Employees' Compensation, which was earned and accrued pre-petition by the employees.  Procedural authorization for an emergency hearing on the Motion is found in Local Bankruptcy Rules 9075 and 2081-1.  The Debtor respectfully submits that, on the facts of this case, emergency relief is both necessary and appropriate such that the Debtors' employees can get compensated for the work done pre-petition.

By this Motion, Debtor seeks authority for payment of the Employees' Compensation on the following terms and conditions:

1.     Debtor will pay the Employees' Compensation only to the extent of the $13,650.00 priority limit per employee provided by Sections 507(a)(4) and 104 of

DEBTOR'S NOTICE OF MOTION AND EMERGENCY MOTION FOR ORDER AUTHORIZING PAYMENT OF WAGES AND RELATED EXPENSES; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF FRANK LIN IN SUPPORT THEREOF

the Bankruptcy Code. An estimate of such wage claims is attached as **Exhibit 2** to the Lin Decl.

2.      The Employees' Compensation will be paid only to those employees who continue to be employed by Debtor as of the date of the hearing on this Motion.

Debtor believes that paying the Employees' Compensation as described hereinabove is necessary to protect and preserve Debtor's business and will not impair the rights of any creditors in the case.

## PREPETITION BENEFITS

Prior to the Petition Date, Debtors offered their employees certain benefits, including, without limitation, (i) medical and prescription d r u g benefits, (ii) 401(k) plan benefits, (iii) life insurance, (iv) short-term disability programs, (v) accidental death and dismemberment. Debtors have prepetition arrearages owed to the medical plan, including payments for amounts withheld from employees. The Prepetition Benefits are an integral and important part of each Employee's compensation package. Cessation of these benefits would have a negative impact on the Employees and would undermine Debtors' operations. Accordingly, Debtors respectfully request authority to pay the Prepetition Benefits, including any pre-petition amounts, for the Employees and their eligible dependents in the ordinary course of Debtors' business when such obligations become due. The aggregate benefit costs are included in the gross pay number of $163,107.02 and the itemized earnings and benefits are enumerated in **Exhibit 1** to the Lin Decl.

## WORKERS' COMPENSATION

Debtor maintains Workers' Compensation coverage for its Employees pursuant

6

DEBTOR'S NOTICE OF MOTION AND <u>EMERGENCY</u> MOTION FOR ORDER AUTHORIZING PAYMENT
OF WAGES AND RELATED EXPENSES; MEMORANDUM OF POINTS AND AUTHORITIES;
DECLARATION OF FRANK LIN IN SUPPORT THEREOF

to the existing schemes and mechanisms in place in the respective states in which Debtor operates. Debtor processes these claims through established procedures under applicable state law in the ordinary course of Debtor's businesses. Debtors seek an order permitting it, in its sole discretion, to continue its current procedures with regard to processing and paying the Workers' Compensation Benefits.

## Events Precipitating the Chapter 11 Bankruptcy Filing

The events that precipitated the filing of Debtor's Chapter 11 bankruptcy case were COVID-19 global pandemic which caused workers to work remotely. Consequently, business offices were not redecorating and there was a precipitous drop in the purchasing of office furniture. Further, the depressed sales made it difficult for the Debtor to meet its obligations to its primary secured creditor Cathay Bank. When negotiations with Cathay Bank broke down the Debtor was forced into bankruptcy protection for an opportunity to reorganize its balance sheet.

The Debtor's current cash situation is approximately $1,000,000 on hand.

The Debtor's assets are estimated at $22 million.

The Debtor's liabilities are estimated at $10 to $50 million.

## Prospects of Reorganization

Debtor is confident that it can exit chapter 11 as a going concern. The Debtor has reformulated the direction of its future business to reduce overhead and fixed costs in part by rejecting three leases. As a result, the Debtor has a reasonable prospect of reorganizing through chapter 11. The use of cash collateral to ensure no interruption in the operation of the Debtor's business will enable Debtor to emerge as a reorganized Debtor. The Debtor is optimistic about the prospects of its reorganizational efforts.

DEBTOR'S NOTICE OF MOTION AND EMERGENCY MOTION FOR ORDER AUTHORIZING PAYMENT
OF WAGES AND RELATED EXPENSES; MEMORANDUM OF POINTS AND AUTHORITIES;
DECLARATION OF FRANK LIN IN SUPPORT THEREOF

Without question, the Covid-19 pandemic has negatively impacted the Debtor's industry. However, Debtor believes that the pandemic is temporary and many companies will resume work at corporate offices and remote work will continue to be offered but more as a hybrid offering. The return of workers to corporate offices will support the Debtor in its efforts to propose a feasible reorganization plan.

## III. ARGUMENT

### A. This Court Is Authorized To Allow The Debtor To Pay The Employee Compensation

Section 105(a) of the United States Bankruptcy Code empowers the Court to issue any order, process, or judgment that is necessary or appropriate to carry out the provisions of the Bankruptcy Code. 11 U.S.C. §105. The basic purpose of Section 105(a) is "to enable the court to do whatever is necessary to aid in its jurisdiction, in anything arising in or relating to a bankruptcy case." 2 Collier on Bankruptcy ¶ 105.02 at 105-4 (15th ed. 1988). Essentially, Section 105(a) codifies the bankruptcy court's inherent equitable powers. *See, In re Feit & Drexler, Inc.*, 760 F.2d 406 (2d Cir. 1985).

Section 507(a)(4) of the Bankruptcy Code provides, in pertinent part, as follows:
(a) The following expenses and claims have priority in the following order:...
(4) Fourth, allowed unsecured claims, but only to the extent of $12,475 [now $13,650.00] for each individual ... earned within 180 days before the date of the filing of the petition ... for--
(A) wages, salaries, or commissions, including vacation, severance, and sick leave pay earned by an individual;

11 U.S.C. § 507(a)(3).

As set forth above, Section 507(a)(4) affords priority status to unsecured claims for wages, salaries or commissions, including vacation, severance, and sick leave pay earned by an

DEBTOR'S NOTICE OF MOTION AND EMERGENCY MOTION FOR ORDER AUTHORIZING PAYMENT OF WAGES AND RELATED EXPENSES; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF FRANK LIN IN SUPPORT THEREOF

individual within 180 days before the filing of a bankruptcy petition to the extent of $13,650.00 for each such individual.

Bankruptcy courts have authorized debtors to pay pre-petition priority wage claims as a means of allowing debtors to maintain their work force and thereby preserve the debtor's ability to operate in the ordinary course, without the disruption of employee defections.

"In the early days of this case, the court entered orders permitting the post- petition payment of certain pre-petition wage and wage-related claims. As is often the case in operating Chapter 11 cases, the court did this for two reasons. First, it was necessary that Braniff pay its employees for work performed pre-petition if the employees were to remain on the job post- petition. The filing of a bankruptcy case presents many uncertainties for employees. If their pay is interrupted, employees are obviously not going to remain on the job despite the fact that their continuation in place is vitally important for the debtor.
Second, in any event, the pre-petition wages are subject to the priority of Section 507(a)(3). Thus, in all but the direst of circumstances, the debtor will ultimately pay the pre-petition wages because of their very high priority. Accordingly, the court authorizes their payment early in the case rather than requiring that the employees wait for payment at the end of the case."

*In re Braniff, Inc.*, 218 B.R. 628, 633 (Bankr.M.D.Fla. 1998). *See also Columbia Gas*, 171 B.R. 189, 191-92 (Bankr. D. Del. 1994); *In re Lehigh & New England Ry. Co.*, 657 F. 2d 570, 581 (3rd Cir. 1981); *Ionosphere Club*, 98 B.R. 175 (Bankr. S.D.N.Y. 1989). *In re Structurlite Plastics Corp.*, (*Structurlite I*) 86 Bankr. 922, 932 (Bankr. S.D. Ohio 1988), citing *In re Chateaugay Corp.*, 80 Bankr. 279, 287 (S.D.N.Y. 1987); *See also In re Columbia Packing Co.*, 35 Bankr. 447 (Bankr. D. Mass. 1983).

"Because wages are priority claims, courts have often permitted debtors to pay prepetition wage claims in the ordinary course in response to a motion filed by a debtor in possession at the commencement of a chapter 11 case. The ability to ensure that the employees receive their unpaid prepetition salary and do not miss a paycheck is critical to obtaining the stability necessary for the transition to operating as a debtor in possession."

Collier on Bankruptcy - 15th ed. Revised, ¶ 507.05[1] (2000).

DEBTOR'S NOTICE OF MOTION AND <u>EMERGENCY</u> MOTION FOR ORDER AUTHORIZING PAYMENT
OF WAGES AND RELATED EXPENSES; MEMORANDUM OF POINTS AND AUTHORITIES;
DECLARATION OF FRANK LIN IN SUPPORT THEREOF

The authority to make such payments was recognized by the Ninth Circuit in *In re Adams Apple, Inc.*, 829 F.2d 1484 (9th Cir. 1987):

> "[A]nother "fundamental tenet"--rehabilitation of debtors, which may supersede the policy of equal treatment. Cases have permitted unequal treatment of pre-petition debts when necessary for rehabilitation, in such contexts as (i) pre-petition wages to key employees; (ii) hospital malpractice premiums incurred prior to filing; (iii) debts to providers of unique and irreplaceable supplies; and (iv) peripheral benefits under labor contracts. *See* Ordin, Case Comment, *In re Texlon Corporation*, 596 F.2d 1092 (2d Cir.1979): Finality of Order of Bankruptcy Court, 54 Amer.Bankr.L.J. 173, 177 (1980). … [I]t illustrates a Congressional willingness to subordinate the interests of pre-petition creditors to the goal of rehabilitation."

*Adams Apple*, 829 F.2d at 1490.

In this case, without an order of this Court authorizing the Debtor to pay the pre-petition Employees' Compensation, there will be a severe risk that employees will leave the Debtor, thereby jeopardizing the Debtor's ability to maintain its operations and reorganize its financial affairs.

## B. Debtor's Relief is Justified on LBR 9075-1(a) and LBR 2081-1

"[11:391] ***PRACTICE POINTERS:*** Critical Workers may leave unless they are paid on a regular basis. Thus, unless the motion is promptly filed and granted, the DIP's continued operations may be at risk. Consider the following:

• ***Coordinate petition filing with payroll due date:*** Time commencement of the bankruptcy case so that it is filed immediately after the workers are paid their weekly/biweekly wages. Or, have the debtor issue a special payroll so that all prepetition wages are paid on the filing date.

• ***Request prepetition payroll checks to be honored by banks post-petition:*** Where workers were paid prepetition wages by prepetition checks that have not been cashed by the time the case is filed, move the court for an order that the DIP's bank may honor the checks *postpetition*." Cal. Prac. Guide Bankruptcy Ch. 11-B.

Furthermore, pursuant to Local Bankruptcy Rule 2081-1(a)(6), the Motion must be supported by evidence that establishes: (A) the employees are still employed; (B) the necessity

DEBTOR'S NOTICE OF MOTION AND EMERGENCY MOTION FOR ORDER AUTHORIZING PAYMENT OF WAGES AND RELATED EXPENSES; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF FRANK LIN IN SUPPORT THEREOF

for payment; (C) the benefit of the procedures; (D) the prospect of reorganization; (E) whether the employees are insiders; (F) whether the employees' claim are within the limits established by 11 U.S.C. § 507; and (G) the payment will not render the estate administratively insolvent. Debtor addresses each of these factors if not previously discussed above.

**(a) Employees are Still Employed**

All the employees that are identified on **Exhibit 1** are still employed by the Debtor.

**(b) The Necessity of the Payment and (c) The Benefit of the Procedures**

As the Lin Decl. establishes, Debtor depends on its staff to execute the day-to-day operations of the Debtor. The employees in turn rely on the Debtor to support them and their families. Employees are unlikely to continue working for the Debtor, if they are not paid. The Debtor's business is run, managed, and operated by its employees at the present time. These employees are the business assets. Without the employees, the business will cease to operate.

The Debtor's opinion is that payment of pre-petition wages is necessary to enable the workers to pay their personal living expenses. In addition payment of compensation is necessary to retain their goodwill and future service. Conversely, if wages are not immediately paid, the Debtor believes that all of its employees will resign and seek new employment opportunities elsewhere. If this occurs, the business will close. If Debtor's employees quit, it reduces the value of the estate's assets and impairs the rights of creditors. In contrast, if immediate relief is granted as prayed herein, asset values will be preserved. Under these circumstances, granting relief on an emergency basis is both necessary and appropriate.

**(c) The Benefit of the Procedures**

The benefit of the procedures is that the employees will avoid hardship if they are paid as usual and the Debtor's business will avoid disruption.

DEBTOR'S NOTICE OF MOTION AND <u>EMERGENCY</u> MOTION FOR ORDER AUTHORIZING PAYMENT OF WAGES AND RELATED EXPENSES; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF FRANK LIN IN SUPPORT THEREOF

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

### (d) Prospects of Reorganization

Debtor is optimistic about the prospects of its reorganizational efforts. Without question, the Covid-19 pandemic has negatively impacted the country's economy and devastated certain sectors of the economy. Debtor's operations have been impacted by the pandemic as well because of the California Executive Stay at Home Order of March 2020 workers left their corporate offices and began working from home. This negatively impacted the Debtor's business which relies on office refurbishment and redecoration for survival. However, Debtor has a vision to restructure its business including by rejecting three leases and reducing its fixed costs to support a feasible reorganization plan.

### (e) Whether The Employees Are Insiders

There are two insiders Frank Lin, President of Cherry Man Industries, Inc. and Edward Kim, Treasurer of Cherry Man Industries, Inc. The gross payroll for all outstanding wages, salaried, employees and employer taxes for the period is approximately $163,107.02  The gross pay amount of $163,107.02 includes the two insiders. The amount of the gross pay without the two insiders is $139,177.09. The two insiders will not be paid at the same time as the other employees. Their pay will be held. The two insiders will follow the compensation guidelines under Local Bankruptcy Rule 2014-1(a)(3).

### (f) Whether the Employees' Claims are Within the Limits Established by 11 U.S.C. § 507

As outlined in **Exhibit 1**, and attached hereto, each employee's claims are below the limits established by 11 U.S.C. § 507 below the $13,650.00 limit. *See* **Exhibit** 1 attached to Lin Declaration.

### (g) The Payment Will Not Render The Estate Administratively Insolvent.

DEBTOR'S NOTICE OF MOTION AND EMERGENCY MOTION FOR ORDER AUTHORIZING PAYMENT OF WAGES AND RELATED EXPENSES; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF FRANK LIN IN SUPPORT THEREOF

1    Debtor will have sufficient funds on hand to pay its employees.  Debtor's general bank

2    account has a balance of approximately $1,000,000.00. *See* **Exhibit 3** attached to the Lin Decl.

3                              IV. <u>CONCLUSION</u>

4    Based upon the foregoing, Debtor respectfully requests that the Court grant the relief

5    prayed for herein.

6

7    Dated:  March 21, 2022        LAW OFFICES OF MICHAEL JAY BERGER

8

9                              By: _____

10                              Michael Jay Berger
                              *Proposed* Counsel for Debtor and Debtor-in-
11                              Possession, Cherry Man Industries, Inc.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEBTOR'S NOTICE OF MOTION AND <u>EMERGENCY</u> MOTION FOR ORDER AUTHORIZING PAYMENT
OF WAGES AND RELATED EXPENSES; MEMORANDUM OF POINTS AND AUTHORITIES;
DECLARATION OF FRANK LIN IN SUPPORT THEREOF

## DECLARATION OF FRANK LIN

I, Frank Lin, declare and state as follows:

1.     I am the President and majority shareholder of Cherry Man Industries, Inc., the debtor and debtor-in-possession in the above-captioned matter (the "Debtor"). I have personal knowledge of the facts set forth below and if called to testify as to those facts, I could and would competently and truthfully do so.

2.     I make this declaration in support of Debtor's Emergency Motion for Order Authorizing Payment of Wages and Related Expenses (the "Motion"). Capitalized terms not defined herein carry the meaning set forth in the above Motion.

3.     Cherry Man Industries, Inc. was started in 2002 by me. Debtor is one of the largest nationwide importers and distributors of office furniture case goods. Debtor imports, distributes and sells high end commercial and office furniture with a sophisticated aesthetic manufactured in China and imported to the United States. In addition, Debtor's business is committed to sustainability as a guiding principle. Debtor is headquartered in El Segundo, California, with five distribution centers totaling over one million square feet across the United States in Fontana, CA, Aurora Illinois, Buford, Georgia, Grand Prairie, Texas, and Logan Township, New Jersey.

4.     Cherry Man Industries, Inc. ("Debtor") has approximately fifty (50) employees consisting of salaried workers, hourly workers, and commissioned sales people. Debtor normally pays every two weeks on Friday for the two week period ending the preceding Saturday. The Debtor will issue payroll checks on March 25, 2022 for the two week period beginning on March 5, 2022, through and including March 19, 2022 (the "Period"). The gross payroll for all outstanding wages, salaried, employees and employer taxes for the period is approximately $163,107.02.

5.     Attached hereto as **Exhibit 1** is a true and correct spreadsheet containing a roster of the Debtor's employees and the outstanding prepetition wages for the Period.

DEBTOR'S NOTICE OF MOTION AND EMERGENCY MOTION FOR ORDER AUTHORIZING PAYMENT
OF WAGES AND RELATED EXPENSES; MEMORANDUM OF POINTS AND AUTHORITIES;
DECLARATION OF FRANK LIN IN SUPPORT THEREOF

6.      In order to maintain employees' morale, prevent employees from quitting, and facilitate a successful reorganization, the Debtor recognizes it needs to meet payroll. The Debtor believes that failure to timely pay its employees will cause its employees to quit and the operation of the business will cease. This will harm creditors and frustrate efforts to reorganize.

7.      All the employees that are identified on **Exhibit 1** are still employed with the Debtor.

8.      Debtor will pay the Employees' Compensation only to the extent of the $13,650.00 priority limit per employee provided by Sections 507(a)(4) and 104 of the Bankruptcy Code. A true and correct copy of each employee's wage claims is attached as hereto as **Exhibit 2**.

9.      Debtor depends on its staff to carry on the day-to-day operations of the Debtor who in turn rely on the Debtor to support themselves and their families and are unlikely to continue working for the Debtor, if not paid. The Debtor's business relies on these employees. The employees are the assets of the corporation. They are the product and the service. The employees themselves are the personnel who physically provide the on-site, in person security services to our corporate clients.  Without the employees, the Debtor will cease to operate.

10.      It is the Debtor's opinion that payment of pre-petition wages is necessary to enable the workers to pay their personal living expenses, and to retain their goodwill and future service. Conversely, if wages are not immediately paid, I am certain that employees will resign and seek new employment opportunities elsewhere. If this occurs, the business will have to shut down. This will reduce the value of the estate's assets and impair the rights of creditors. In contrast, if immediate relief is granted as prayed for herein, then asset values will be preserved.

11.      Debtor has a reasonable prospect of reorganization, which is supported by the partial re-opening of the economy and the option for some employees to return to work at their offices. The additional income from the return to pre-pandemic business as usual over the coming quarters will fund Debtor's reorganization. In addition the Debtor plans to reject three leases and to reduce fixed costs.

1

12.    I am an insiders of the Debtor. As an insider, I will follow the compensation

2  guidelines under Local Bankruptcy Rule 2014-1(a)(3).

3

13.    Debtor will have sufficient funds on hand to pay its employees.  Debtor's general

4  bank accounts have an aggregate balance of approximately $1,010,000.00. Attached hereto as

5  **Exhibit 3** is a true and correct copy of Debtor's bank balances in the existing general accounts.

6  These will be closed. The new DIP account has already been opened and transition to its use is

7  underway.

8

I declare under penalty of perjury that the foregoing is true and correct and that this

9  declaration is executed on this 21st day of March in 2022 in Los Angeles, California.

10

11

12    By: 

13       Frank Lin

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

DEBTOR'S NOTICE OF MOTION AND <u>EMERGENCY</u> MOTION FOR ORDER AUTHORIZING PAYMENT
OF WAGES AND RELATED EXPENSES; MEMORANDUM OF POINTS AND AUTHORITIES;
DECLARATION OF FRANK LIN IN SUPPORT THEREOF

# EXHIBIT 1

Payroll Register - Company Totals

| Company Totals / Company Code | Hours | Earnings | | Statutory Deductions | Voluntary Deductions | Net Pay |
|---|---|---|---|---|---|---|
| AFW - Cherry Man Industries, Inc. | Reg 3,863.50 | Reg 148,942.02 | O/T 3,485.45 | FIT (690.80) | Total Deductions 165,180.20 | 50 Pays 5,981.47 |
| | O/T 101.38 | Earnings 3 0.00 | Earnings 4 10,679.55 | SS 9,031.59 | | |
| | Hours 3 0.00 | Earnings 5 0.00 | Gross 163,107.02 | Med 2,642.21 | | |
| | Hours 4 398.14 | | | MEDST 328.95 | | |
| | | | | State 429.94 | | |
| | | | | SUI 22.52 | | |
| | | | | SDI 1,327.37 | | |
| | | | | FLI 7.42 | | |

**Hours Analysis**

| S Sick | 89.00 | V Vacation | 309.14 |
|---|---|---|---|

**Earnings Analysis**

| B1 S Corp Health | 839.11 | B2 S Corp Disabl | 13.90 | S Sick | 8,379.01 | V Vacation | 1,447.53 |
|---|---|---|---|---|---|---|---|

**Memo Analysis**

| D Disc Match | 3,698.24 | G Eligible Comp | 133,922.75 | I Group Term Life | 7.61 | K1 Eligible Earns | 16,062.24 |
|---|---|---|---|---|---|---|---|
| K1 Eligible Earns | 141,497.39 | PS Sick Hours Bal | 2,533.27 | PV Vac Hours Bal | 3,120.35 | | |

**Statutory Ded Analysis**

| CA | (255.51) | GA | 295.48 | IL | 13.90 | NJ | 264.97 |
|---|---|---|---|---|---|---|---|
| CA SDI | 1,319.95 | NJ SDI | 7.42 | NJ SUI | 22.52 | NJ FLI | 7.42 |

Additional statutory values: NJ 125.00, 7.42

**Voluntary Ded Analysis**

| 29 MEP 401K LOAN 1 | 320.70 | 31 MEDICAL | 197.50 | 32 MEDICAL | 598.94 | 33 TS DENTAL | 277.65 |
|---|---|---|---|---|---|---|---|
| 34 TS VISION | 29.42 | 4A MEP 401K LOAN 2 | 110.18 | 4K ROTH 401K MEP | 258.62 | 6 PREPAY | 30,658.48 |
| 71 CHECKING 2ND | 37,902.22 | 72 CHECKING 3RD | 50.00 | 73 SAVINGS 2ND | 1,318.79 | A 401K MEP | 7,884.19 |
| B1 S CORP HEALTH | 839.11 | B2 S CORP DISABL | 13.90 | J2 MEDICAL FSA | 105.39 | J9 MET TRM LIF EE | 109.80 |
| JA HYATT LEGAL | 27.00 | JB MET HOSPITAL IN | 42.58 | JC MET ACCIDENT IN | 33.51 | JD MET CRITICAL IL | 29.70 |
| JE MET SHRT TRM DS | 117.52 | JF MET ACC D & D | 22.40 | JG MET TRM LIF SP | 7.00 | JH MET TRM LIF CH | 0.60 |
| P CHILD SUPPORT | 718.35 | VM STATE TAX LEVY | 360.00 | X CHECKING | 83,146.65 | | |

| | | | | | |
|---|---|---|---|---|---|
| Net Payroll | 5,981.47 | Checks: | 5 | Flagged: | Checks 26 |
| Total Deposits | 122,417.66 | Vouchers: | 45 | Net Cash Pays 1,000 or More | Vouchers 42 |
| Net Voids | 0.00 | Adjustments: | 10 | eVouchers: | 24 |
| Net Cash | 128,399.13 | | | Paper Vouchers Printed: | 21 |

# EXHIBIT 2

Payroll Register

Page 1 of 19

| Personnel | Hours | | | | Earnings | | | Gross | Statutory Deductions | | Voluntary Deductions | Net Pay | Memos |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reg | OT | H 3/4 | E 5 | Reg | OT | E 3/4 | | Federal | State/Local | | | |

**Paid-in Department - 553000 - Officers**

**Kim, Edward**
Associate ID: 4PDULY'LYP
File #: 000052
Clock: XN50K
W-in Dept: 553000
H Dept: 553000

W-in Dept: 553000 — 80.00 — Reg 5,769.23 — Gross 0.00 — FIT (952.57) — S1 CA (451.10) / S2 CA 0.00 — 6 PREPAY 1,403.67 — Adjustment Void PP1031122 — Net Pay 0.00
H Dept: 553000 — Rate 7.692.3100

W-in Dept: 553000 — B1 447.74 — 6223.92 — SS 477.52 / Med 111.68 — S1 CA 0.00 / S2 CA 0.00 / SDI CA 84.69 — A 401K MEP 461.54 / B1 S CORP HEALTH 447.74 / B2 S CORP DISABL 6.95 / J9 MET TRM LIFE EE 6.00 / X CHECKING 6,550.88 — Voucher# ** — 0.00
H Dept: 553000 — Rate 7.692.3100

W-in Dept: 553000 — B2 6.95
H Dept: 553000 — Rate 7.692.3100

Memos (Kim): CALC - D - Discr Match 230.77 / INP - PS - Sick Hours Bal 80.00 / CALC - G - Eligible Comp 7,692.31 / INP - PV - Vac Hours Bal 240.00 / CALC - I - Group Term Life 2.65 / CALC - K1 - Eligible Earns 7,692.31

Totl Hrs Worked: 80.00

**Lin, Frank**
Associate ID: 90PHEKF2C
File #: 000053
Clock: XC50K
W-in Dept: 553000
H Dept: 553000

W-in Dept: 553000 — 80.00 — Reg 17,307.69 — Gross 0.00 — FIT (11,246.35) — S1 CA (3,993.49) / S2 CA 0.00 — 6 PREPAY 15,239.84 — Adjustment Void PP2031122 — Net Pay 0.00
H Dept: 553000 — Rate 36.538.4600

W-in Dept: 553000 — B1 391.37 — 17706.01 — Med 529.98 / MEDST / 328.95 — S1 CA 0.00 / S2 CA 0.00 — A 401K MEP 2,192.31 / B1 S CORP HEALTH 391.37 / B2 S CORP DISABL 6.95 / X CHECKING 14,256.45 — Voucher# ** — 0.00
H Dept: 553000 — Rate 36.538.4600

W-in Dept: 553000 — B2 6.95
H Dept: 553000 — Rate 36.538.4600

Memos (Lin): CALC - D - Discr Match 1,096.15 / INP - PS - Sick Hours Bal 80.00 / CALC - G - Eligible Comp 17,307.69 / INP - PV - Vac Hours Bal 240.00 / CALC - I - Group Term Life 4.96 / CALC - K1 - Eligible Earns 17,307.69

Totl Hrs Worked: 80.00

**Dept. Total 553000**

| | | | | |
|---|---|---|---|---|
| Reg | 160.00 | Reg 23,076.92 | OT 0.00 | FIT 0.00 / SS 853.01 / Med 23,929.93 / MEDST / State / SDI | (12,198.92) / 477.52 / 641.66 / 328.95 / (4,444.59) / 84.69 | Total Deductions 60,194.47 | 2 Pays 0.00 |
| OT | 0.00 | Earnings 3 0.00 | Earnings 4 853.01 | | | | |
| Hours 3 | 0.00 | Earnings 5 0.00 | Gross 23,929.93 | | | | |
| Hours 4 | 0.00 | | | | | | |

**Earnings Analysis**

| | | | |
|---|---|---|---|
| B1 | 839.11 | B2 | 13.90 |

**Memo Analysis**

| | | | |
|---|---|---|---|
| D | 1,326.92 | G | 25000.00 | I | 7.61 | K1 | 25000.00 |
| PS | 160.00 | PV | 480.00 | | |

**Statutory Ded. Analysis**

| | | | |
|---|---|---|---|
| CA | (4,444.59) | CA SDI | 84.69 |

**Voluntary Ded. Analysis**

| | | | | | |
|---|---|---|---|---|---|
| 6 | 16,643.51 | A | 2,653.85 | B1 | 839.11 |
| J9 | 6.00 | X | 25853.01 | B2 | 13.90 |

# Payroll Register

## Paid-In Department - 554000 - Administration

| Personnel | Hours (Reg / OT / H 3/4 / E 3/4 / E 5) | Earnings (Reg / OT) | Gross | Federal | State/Local | Voluntary Deductions | Net Pay | Memos |
|---|---|---|---|---|---|---|---|---|
| **Barraza, Patricia** Associate ID: 6YR0FJJCB File #: 00507 Clock: XC50K W-In Dept: 554000 H Dept: 554000 Rate: 24.0385 | Reg 80.00 | Reg 1,923.08 | 1,923.08 | FIT 149.25 SS 119.24 Med 27.89 | S1 CA 44.02 S2 CA 0.00 SDI CA 21.15 | 29 MEP 40K LOAN 1 160.61 A 40K MEP 115.38 X CHECKING 1,285.54 | Voucher# ** 0.00 | CALC - D - Discr Match 57.69 INP - PS - Sick Hours Bal 80.00 CALC - G - Eligible Comp 1,923.08 INP - PV - Vac Hours Bal 144.00 CALC - K1 - Eligible Earns 1,923.08 |
| Totl Hrs Worked 80.00 | | | | | | | | |
| **Delius, Cristopher R** Associate ID: i7UR0QLGN File #: 000133 Clock: XC50K W-In Dept: 554000 H Dept: 554000 Rate: 4,230.7700 | Reg 60.00 | Reg 3,173.08 | 3,173.08 | FIT 267.24 SS 196.27 Med 45.91 | S1 CA 51.13 S2 CA 0.00 SDI CA 34.82 | 33 TS DENTAL 7.50 A 40K MEP 190.38 WM STATE TAX LEVY 200.00 X CHECKING 2,179.83 | Voucher# 0.00 | CALC - D - Discr Match 95.19 INP - PS - Sick Hours Bal 80.00 CALC - G - Eligible Comp 3,173.08 INP - PV - Vac Hours Bal 123.69 CALC - K1 - Eligible Earns 3,173.08 |
| Totl Hrs Worked 60.00 | | | | | | | | |
| **Hassen, Bob** Associate ID: NNGST6OWK File #: 000207 Clock: XC50K W-In Dept: 554000 H Dept: 554000 Rate: 5,384.6200 | Reg 80.00 | Reg 5,384.62 | 5,384.62 | FIT 480.60 SS 312.25 Med 73.03 | S1 CA 212.20 S2 CA 0.00 SDI CA 55.40 | 32 MEDICAL 331.79 33 TS DENTAL 13.52 34 TS VISION 2.99 A 40K MEP 323.08 71 CHECKING 2ND 3,579.76 | Voucher# 0.00 | CALC - D - Discr Match 161.54 INP - PS - Sick Hours Bal 80.00 CALC - G - Eligible Comp 5,384.62 INP - PV - Vac Hours Bal 79.40 CALC - K1 - Eligible Earns 5,384.62 |
| Totl Hrs Worked 80.00 | | | | | | | | |
| **Ho, Timmy** Associate ID: MIMYFJJH3 File #: 000078 Clock: XN50K W-In Dept: 554000 H Dept: 554000 Rate: 2,957.6600 | Reg 72.00 ; H 3/4 S 8.00 ; E 3/4 S 0.00, V 8.00 | Reg 2,957.66 | 2,957.66 | FIT 237.97 SS 183.37 Med 42.88 | S1 CA 63.44 S2 CA 0.00 SDI CA 32.53 | A 40K MEP 177.46 J9 MET TRM LIF EE 4.00 JA HYATT LEGAL 9.00 JB MET HOSPITAL IN 35.58 JC MET ACCIDENT IN 19.31 JD MET CRITICAL IL 14.30 JF MET ACC D & D 5.25 X CHECKING 2,132.57 | Voucher# 0.00 | CALC - D - Discr Match 88.73 INP - PS - Sick Hours Bal 69.34 CALC - G - Eligible Comp 2,957.66 INP - PV - Vac Hours Bal 115.04 CALC - K1 - Eligible Earns 2,957.66 |
| Totl Hrs Worked 72.00 | | | | | | | | |
| **Kim, David DH** Associate ID: JB2JDOCR9 File #: 000164 Clock: XN50K W-In Dept: 554000 H Dept: 554000 Rate: 26.4424 | Reg 72.00 ; E 3/4 V 211.54 | Reg 1,903.85 | 2,115.39 | FIT 136.37 SS 130.13 Med 30.44 | S1 CA 19.87 S2 CA 0.00 SDI CA 23.09 | 33 TS DENTAL 13.52 34 TS VISION 2.99 X CHECKING 1,758.98 | Voucher# ** 0.00 | CALC - K1 - Eligible Earns 2,115.39 INP - PS - Sick Hours Bal 80.00 INP - PV - Vac Hours Bal 77.13 |
| Totl Hrs Worked 72.00 | | | | | | | | |

# Payroll Register

| Personnel | Hours Reg | O/T | H 3/4 | Earnings Reg | O/T | E 3/4 | E 5 | Gross | Statutory Deductions Federal | State/Local | Voluntary Deductions | Net Pay | Memos |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Liang, Ping Janus<br>Associate ID: IFCP3RSN2<br>File #: 000191<br>Clock: XN50K<br>W-In Dept: 554000<br>H Dept: 554000<br>Rate: 2,884.6200 | 80.00 | | | 2,884.62 | | | | 2,884.62 | FIT 262.27<br>SS 178.85<br>Med 41.83 | S1 CA 107.36<br>S2 CA 0.00<br>SDI CA 31.73 | A 401K MEP 432.69<br>J9 MET TRM LIFE EE 2.00<br>X CHECKING 1,827.89 | Voucher#<br><br>0.00 | CALC - D - Discr Match 86.54<br>INP - PS - Sick Hours Bal 80.00<br>CALC - G - Eligible Comp 2,884.62<br>INP - PV - Vac Hours Bal 78.88<br>CALC - K1 - Eligible Earns 2,884.62 |
| | Totl Hrs Worked: 80.00 | | | | | | | | | | | | |
| Littrell, Shawn<br>Associate ID: 5C5FVWZLOK<br>File #: 000091<br>Clock: XC50K<br>W-In Dept: 554000<br>H Dept: 554000<br>Rate: 5,384.6200 | 60.00 | | | 4,038.47 | | | | 4,038.47 | FIT 610.81<br>SS 249.92<br>Med 58.45 | S1 CA 261.18<br>S2 CA 0.00<br>SDI CA 44.34 | 33 TS DENTAL 7.50<br>4K ROTH 401K MEP 40.38<br>X CHECKING 2,765.89 | Voucher#<br>eVoucher<br>0.00 | CALC - D - Discr Match 20.19<br>INP - PS - Sick Hours Bal 80.00<br>CALC - G - Eligible Comp 4,038.47<br>INP - PV - Vac Hours Bal 137.52<br>CALC - K1 - Eligible Earns 4,038.47 |
| | Totl Hrs Worked: 60.00 | | | | | | | | | | | | |
| Manko, Zhanna N<br>Associate ID: P8K960VTA<br>File #: 000192<br>Clock: XC50K<br>W-In Dept: 554000<br>H Dept: 554000<br>Rate: 4,615.3900<br>Other Period Earnings<br>Beg Dt: 03/06/2022<br>End Dt: 03/12/2022 | 11.00 | | V 19.00 | 634.62 | | V 1,096.16 | | 1,730.78 | FIT 23.08<br>SS 107.31<br>Med 25.09 | S1 CA 22.06<br>S2 CA 0.00<br>SDI CA 19.04 | 6 PREPAY 1,534.20 | Adjustment<br>Void<br>PP31522<br>0.00 | INP - K1 - Eligible Earns 1,730.78 |
| | Totl Hrs Worked/Input: 11.00 | | | | | | | | | | | | |
| W-In Dept: 554000<br>H Dept: 554000<br>Rate: 4,615.3900<br>Other Period Earnings<br>Beg Dt: 03/12/2022<br>End Dt: 03/15/2022 | 16.00 | | V 27.04 | 923.08 | | V 1,560.00 | | 2,483.08 | FIT 110.07<br>SS 153.95<br>Med 36.00 | S1 CA 47.69<br>S2 CA 0.00<br>SDI CA 27.32 | 6 PREPAY 2,108.05 | Adjustment<br>Void<br>PP315221<br>0.00 | INP - K1 - Eligible Earns 2,483.08 |
| | Totl Hrs Worked/Input: 16.00 | | | | | | | | | | | | |
| W-In Dept: 554000<br>H Dept: 554000<br>Rate: 4,615.3900<br>Other Period Earnings<br>Beg Dt: 03/15/2022<br>End Dt: 03/15/2022 | 60.00 | | | 3,461.54 | | | | 3,461.54 | FIT 262.96<br>SS 214.62<br>Med 50.19 | S1 CA 118.86<br>S2 CA 0.00<br>SDI CA 38.08 | 6 PREPAY 2,776.83 | Adjustment<br>Void<br>PP315222<br>0.00 | INP - K1 - Eligible Earns 3,461.54 |
| | Totl Hrs Worked/Input: 60.00 | | | | | | | | | | | | |

# Payroll Register

| Personnel | Hours Reg | OT | H 3/4 | E 3/4 | E 5 | Earnings Reg | OT | Gross | Statutory Deductions Federal | State/Local | Voluntary Deductions | Net Pay | Memos |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Manson, John** W-in Dept: 554000 H Dept: 554000 Rate: 4,615.3900 Other Period Earnings Beg Dt: 03/16/2022 End Dt: 03/16/2022 | | 60.00 | | V 3,461.54 | | | | 3,461.54 | FIT 262.96 SS 214.62 Med 50.19 | S1 CA 118.86 S2 CA 0.00 SDI CA 38.08 | 6 PREPAY 2,776.83 | Adjustment Void PP31622 0.00 | INP - K1 - Eligible Earns 3,461.54 |
| **Manson, John** Associate ID: ULSVGF9JW File #: 000069 Clock: XC50K W-in Dept: 554000 H Dept: 554000 Rate: 5,961.5400 | 54.00 | | V 6.00 | V 0.00 | | 4,471.16 | | 4,471.16 | FIT 340.56 SS 277.21 Med 64.83 | S1 CA 111.18 S2 CA 0.00 SDI CA 49.19 | A 401K MEP 670.67 J9 MET TRM LIF EE 16.00 JG MET TRM LIF SP 1.70 X CHECKING 2,939.82 | Voucher# 0.00 | CALC - D - Discr Match 134.13 INP - PS - Sick Hours Bal 80.00 CALC - G - Eligible Comp 4,471.16 INP - PV - Vac Hours Bal 174.00 CALC - K1 - Eligible Earns 4,471.16 |
| W-in Dept: 554000 H Dept: 554000 Rate: 5,961.5400 | | | V 6.00 | V 0.00 | | | | | | | | | |
| Totl Hrs Worked: 54.00 | | | | | | | | | | | | | |
| **Murphy, Teddy L** Associate ID: XSOBWGD2H File #: 000254 W-in Dept: 554000 H Dept: 554000 Rate: 6,153.8500 | 80.00 | | | | | 6,153.85 | | 19,487.18 | FIT 4,452.86 SS 1,208.21 Med 282.56 | S1 CA 1,720.99 S2 CA 0.00 SDI CA 214.35 | X CHECKING 11,608.21 | Voucher# ** 0.00 | INP - PS - Sick Hours Bal 5.34 |
| W-in Dept: 554000 H Dept: 554000 Rate: 6,153.8500 | | | | | | 13,333.33 | | | | | | | |
| Totl Hrs Worked: 80.00 | | | | | | | | | | | | | |
| **Ramirez, Elizabeth** Associate ID: 1M458G9NS File #: 000085 Clock: XN50K W-in Dept: 554000 H Dept: 554000 Rate: 23.7000 | 78.00 | 7.00 | | | | 1,848.60 | 248.85 | 2,144.85 | FIT 106.54 SS 131.02 Med 30.64 | S1 CA 43.79 S2 CA 0.00 SDI CA 23.25 | 33 TS DENTAL 28.20 34 TS VISION 3.41 J9 MET TRM LIF EE 3.50 JD MET CRITICAL IL 3.70 JF MET ACC D & D 1.80 JH MET TRM LIF CH 0.10 X CHECKING 1,768.90 | Voucher# ** eVoucher 0.00 | CALC - K1 - Eligible Earns 2,144.85 INP - PS - Sick Hours Bal 78.00 INP - PV - Vac Hours Bal 114.32 |
| W-in Dept: 554000 H Dept: 554000 Rate: 23.7000 | | | S 2.00 | S 47.40 | | | | | | | | | |
| Totl Hrs Worked: 80.00 | | | | | | | | | | | | | |
| **Sibbie, Tina** Associate ID: D3JCKOVVB File #: 000051 Clock: XC50K W-in Dept: 554000 H Dept: 554000 Rate: 2,826.9300 | 80.00 | | | | | 2,826.93 | | 2,826.93 | SS 174.81 Med 40.88 | S1 CA 44.44 S2 CA 0.00 SDI CA 31.01 | 29 MEP 401K LOAN 1 33.91 33 TS DENTAL 7.50 4A MEP 401K LOAN 2 48.88 A 401K MEP 28.27 J9 MET TRM LIF EE 10.00 71 CHECKING 2ND 2,107.23 X CHECKING 500.00 | Voucher# 0.00 | CALC - D - Discr Match 14.14 INP - PS - Sick Hours Bal 80.00 CALC - G - Eligible Comp 2,826.93 INP - PV - Vac Hours Bal 26.69 CALC - K1 - Eligible Earns 2,826.93 |

**Payroll Register**

| Personnel | Hours Reg | OT | H 3/4 | Earnings Reg | OT | E 3/4 | E 5 | Gross | Federal | State/Local | Voluntary Deductions | Net Pay | Memos |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Tran, Khanh Christopher** Associate ID: E70fGJ2JL  File #: 000225  Clock:  W-in Dept: XN50K 554000  H Dept: 554000  Rate: 2,692.3100  Other Period Earnings  Beg Dt: 03/06/2022  End Dt: 03/19/2022 | 48.00 | | V 15.10 | V 1,615.39 | | V 508.17 | | 2,123.56 | SS 131.66 Med 30.79 | S1 CA 8.34 S2 CA 0.00 SDI CA 23.36 | 6 PREPAY 1,929.41 | Adjustment Void PP31422 0.00 | INP - K1 - Eligible Earns 2,123.56 |
| Totl Hrs Worked: 80.00 | | | | | | | | | | | | | |
| Totl Hrs Worked/Input: 48.00 | | | | | | | | | | | | | |
| W-in Dept: 554000  H Dept: 554000  Rate: 2,692.3100  Other Period Earnings  Beg Dt: 03/15/2022  End Dt: 03/15/2022 | 80.00 | | | 2,692.31 | | | | 2,692.31 | FIT 33.89 SS 166.92 Med 39.04 | S1 CA 33.37 S2 CA 0.00 SDI CA 29.62 | 6 PREPAY 2,389.47 | Adjustment Void PP31522 0.00 | INP - K1 - Eligible Earns 2,692.31 |
| Totl Hrs Worked/Input: 80.00 | | | | | | | | | | | | | |
| **Vasquez, Jennifer** Associate ID: 4JCJS37GQ  File #: 000055  Clock:  W-in Dept: XN50K 554000  H Dept: 554000 | | | | | | | | 0.00 | FIT (400.33) | S1 CA 0.00 S2 CA 0.00 | 6 PREPAY 400.33 | Adjustment Void PP31122 0.00 | |
| W-in Dept: 554000  H Dept: 554000  Rate: 3,630.5800 | 72.00 | S 8.00 | | 3,630.58 | S 0.00 | | | 3,630.58 | SS 225.10 Med 52.64 | S1 CA 76.25 S2 CA 0.00 SDI CA 39.94 | 29 MEP 401K LOAN 1 13.85 A 401K MEP 36.31 71 CHECKING 2ND 3,186.49 | Voucher# eVoucher 0.00 | CALC - D - Discr Match 18.16 INP - PS - Sick Hours Bal 72.00 CALC - G - Eligble Comp 3,630.58 INP - PV - Vac Hours Bal 104.95 CALC - K1 - Eligible Earns 3,630.58 |
| Totl Hrs Worked: 72.00 | | | | | | | | | | | | | |
| **Wang, Juili** Associate ID: B3SKEP6UG  File #: 000060  Clock:  W-in Dept: XC50K 554000  H Dept: 554000  Rate: 2,273.9200 | 80.00 | | | 2,273.92 | | | | 2,273.92 | FIT 76.12 SS 127.67 Med 29.86 | S1 CA 4.45 S2 CA 0.00 SDI CA 22.65 | 31 MEDICAL 197.50 3 TS DENTAL 13.87 34 TS VISION 3.41 A 401K MEP 136.44 X CHECKING 1,661.95 | Voucher# 0.00 | CALC - D - Discr Match 68.22 INP - PS - Sick Hours Bal 77.36 CALC - G - Eligble Comp 2,273.92 INP - PV - Vac Hours Bal 180.00 CALC - K1 - Eligible Earns 2,273.92 |
| Totl Hrs Worked 80.00 | | | | | | | | | | | | | |

Payroll Register

| Personnel | Hours | | | | Earnings | | | | | Gross | Statutory Deductions | | | Voluntary Deductions | Net Pay | Memos |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reg | O/T | H 3/4 | | Reg | O/T | E 3/4 | E 5 | | | Federal | State/Local | | | | |
| **Wang, Wei**<br>Associate ID: CPG41OGNX<br>File #: 000230<br>Clock: XN50K<br>W-in Dept: 554000<br>H Dept: 554000<br>Rate: 4,038.4600 | 80.00 | | | | 4,038.46 | | | | | 4,038.46 | FIT 166.35<br>SS 250.39<br>Med 58.56 | S1 CA 134.01<br>S2 CA 0.00<br>SDI CA 44.42 | | A 401K MEP 242.31<br>71 CHECKING 2ND 3,142.42 | Voucher#<br>eVoucher<br>0.00 | CALC - D - Discr Match 121.15<br>INP - PS - Sick Hours Bal 45.39<br>CALC - G - Eligible Comp 4,038.46<br>INP - PV - Vac-Hours Bal 16.94<br>CALC - K1 - Eligible Earns 4,038.46 |
| | | | | | | | | | | | | | | Totl Hrs Worked: 80.00 | | |
| **Zhu, Jie**<br>Associate ID: 9YBT823KT<br>File #: 000073<br>Clock: XC50K<br>W-in Dept: 554000<br>H Dept: 554000<br>Rate: 19.5500 | 80.00 | | | | 1,564.00 | | | | | 1,564.00 | FIT 14.52<br>SS 96.97<br>Med 22.68 | S1 CA 0.00<br>S2 CA 0.00<br>SDI CA 17.20 | | A 401K MEP 93.84<br>73 SAVINGS 2ND 1,318.79 | Voucher# **<br>0.00 | CALC - D - Discr Match 46.92<br>INP - PS - Sick Hours Bal 80.00<br>CALC - G - Eligible Comp 1,564.00<br>INP - PV - Vac-Hours Bal 144.00<br>CALC - K1 - Eligible Earns 1,564.00 |
| | | | | | | | | | | | | | | Totl Hrs Worked: 80.00 | | |

| Dept. Total 554000 | Reg | 1,323.00 | | | | Reg 71,733.15 | | OT 248.85 | FIT | 7,594.09 | Total Deductions 61,183.79 | | 15 Pays |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | O/T | 7.00 | | | | Earnings 3 0.00 | | Earnings 4 6,884.81 | SS | 4,850.49 | | | 0.00 |
| | Hours 3 | 0.00 | | | | Earnings 5 0.00 | | Gross 78,866.81 | Med | 1,134.38 | | | |
| | Hours 4 | 159.14 | | | | | | | State | 3,243.49 | | | |
| | | | | | | | | | SDI | 860.57 | | | |

| Hours Analysis | S | 18.00 | V | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | S | 47.40 | V | 141.14 | | | | | | | |
| Earnings Analysis | | | | 6,837.41 | | | | | | | |
| Memo Analysis | D | 912.60 | G | 39,166.58 | K1 | 15,952.81 | | | K1 | | 43,426.82 |
| | PS | 1,067.43 | PV | 1,516.56 | | | | | | | |
| Statutory Ded. Analysis | CA | 3,243.49 | CA SDI | 860.57 | | | | | | | |
| Voluntary Ded. Analysis | 29 | 208.37 | 31 | 197.50 | 32 | 331.79 | 33 | | 91.61 | | |
| | 34 | 12.80 | 4A | 48.88 | 4K | 40.38 | 6 | | 13,915.12 | | |
| | 71 | 12,015.90 | 73 | 1,318.79 | A | 2,446.83 | J9 | | 35.50 | | |
| | JA | 9.00 | JB | 35.58 | JC | 19.31 | JD | | 18.00 | | |
| | JF | 7.05 | JG | 1.70 | JH | 0.10 | WM | | 200.00 | | |
| | X | 30,229.58 | | | | | | | | | |

**Payroll Register**

## Paid-In Department - 555000 - Customer Service

### Escarcega, Kathleen
Associate ID: KZNIU5LV
File #: 000214
Clock: XC50K
W-In Dept: 555000
H Dept: 555000
Rate: 19.0000
W-In Dept: 555000
H Dept: 555000
RROP: 19.0000
Total Hrs Worked: 80.80

| | Hours | Earnings | Gross | Statutory Deductions | Voluntary Deductions | Net Pay | Memos |
|---|---|---|---|---|---|---|---|
| Reg 77.90 / O/T 2.90 | | Reg 1,480.10 / O/T 55.10 | 1,562.75 | Federal: FIT 97.02, SS 90.90, Med 21.26 — State/Local: S1 CA 29.61, SDI CA 16.13 | 32 MEDICAL 89.05; 33 TS DENTAL 7.50; A 401K MEP 93.77; J9 MET TRM LIFE 10.00; JA HYATT LEGAL 9.00; JE MET SHRT TM DS 7.37; 71 CHECKING 2ND 1,091.14 | Voucher# ** 0.00 | CALC - D - Discr Match 46.88; INP - PS - Sick Hours Bal 32.10; CALC - G - Eligible Comp 1,562.75; INP - PV - Vac Hours Bal 41.58; CALC - K1 - Eligible Earns 1,562.75 |

### Liem, Alicia
Associate ID: 9OPA1Z78I
File #: 000108
Clock: XN50K
W-In Dept: 555000
H Dept: 555000
Rate: 22.3500
W-In Dept: 555000   H 3/4 S 10.00   E 3/4 S 223.50
H Dept: 555000
RROP: 22.3500
Total Hrs Worked: 61.00

| | Hours | Earnings | Gross | Statutory Deductions | Voluntary Deductions | Net Pay | Memos |
|---|---|---|---|---|---|---|---|
| Reg 56.00 / O/T 5.00 / H 3/4 S 8.00 | | Reg 1,251.60 / O/T 167.63 / E 3/4 S 178.80 | 1,821.53 | Federal: FIT 142.86, SS 111.03, Med 25.97 — State/Local: S1 CA 40.51, S2 CA 0.00, SDI CA 19.70 | 33 TS DENTAL 27.68; 34 TS VISION 2.99; 4K ROTH 401K MEP 72.86; A 401K MEP 36.43; JC MET ACCIDENT IN 6.30; 71 CHECKING 2ND 1,335.20 | eVoucher 0.00 | CALC - D - Discr Match 54.65; INP - PS - Sick Hours Bal 0.71; CALC - G - Eligible Comp 1,821.53; INP - PV - Vac Hours Bal (0.90); CALC - K1 - Eligible Earns 1,821.53 |

### Montelongo, Sandra
Associate ID: RG69/TEG10
File #: 000054
Clock: XN50K
W-In Dept: 555000
H Dept: 555000
Rate: 25.0000
Total Hrs Worked: 103.60

| | Hours | Earnings | Gross | Statutory Deductions | Voluntary Deductions | Net Pay | Memos |
|---|---|---|---|---|---|---|---|
| Reg 80.00 / O/T 23.60 | | Reg 2,000.00 / O/T 885.00 | 2,885.00 | Federal: FIT 316.81, SS 178.40, Med 41.73 — State/Local: S1 CA 120.01, S2 CA 0.00, SDI CA 31.86 | 33 TS DENTAL 7.50; A 401K MEP 173.10; J9 MET TRM LIFE 3.50; X CHECKING 2,012.29 | Voucher# ** / eVoucher 0.00 | CALC - D - Discr Match 86.55; INP - PS - Sick Hours Bal 80.00; CALC - G - Eligible Comp 2,885.00; INP - PV - Vac Hours Bal 202.51; CALC - K1 - Eligible Earns 2,885.00 |

### Sanchez, Adriana
Associate ID: V8JWNTRJE
File #: 000247
Clock: XN50K
W-In Dept: 555000
H Dept: 555000
Rate: 29.0000
W-In Dept: 555000   O/T 203.00
H Dept: 555000
RROP: 29.0000
Total Hrs Worked: 93.90

| | Hours | Earnings | Gross | Statutory Deductions | Voluntary Deductions | Net Pay | Memos |
|---|---|---|---|---|---|---|---|
| Reg 79.90 / O/T 14.00 | | Reg 2,317.10 / O/T 406.00 | 2,926.10 | Federal: FIT 132.20, SS 180.95, Med 42.32 — State/Local: S1 CA 134.88, S2 CA 0.00, SDI CA 32.10 | 33 TS DENTAL 7.50; A 401K MEP 175.57; J9 MET TRM LIFE 3.50; JD MET CRITICAL IL 2.60; JF MET ACC D & D 0.38; 71 CHECKING 2ND 2,214.10 | Voucher# ** / eVoucher 0.00 | CALC - D - Discr Match 87.78; INP - PS - Sick Hours Bal 26.70; CALC - G - Eligible Comp 2,926.10; INP - PV - Vac Hours Bal 4.62; CALC - K1 - Eligible Earns 2,926.10 |

Payroll Register

| Personnel | Hours: Reg | OT | H 3/4 | Earnings: Reg | OT | E 3/4 | E 5 | Gross | Federal | State/Local | Voluntary Deductions | Net Pay | Memos |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Travis, Samantha** — Associate ID: ND49RWPT2; File #: 000075; Clock: XN50K; W-In Dept: 555000; H Dept: 555000; Rate: 17.6500; Other Period Earnings Beg Dt: 02/20/2022 End Dt: 03/05/2022 | | | $ 6.20 | $ 6.20 | | $ 109.43 | $ 109.43 | 109.43 | SS 6.79 / Med 1.59 | S1 CA 0.00 / S2 CA 0.00 / SDI CA 1.20 | 6 PREPAY 99.85 | Adjustment / Void PP31022 / 0.00 | INP - K1 - Eligible Earns 109.43 |
| W-In Dept: 555000; H Dept: 555000; Rate: 17.6500 — Totl Hrs Worked 85.70 | 80.00 | 5.70 | 5.70 | 1,412.00 | 150.91 | | | 1,562.91 | FIT 47.89 / SS 93.39 / Med 21.84 | S1 CA 0.06 / S2 CA 0.00 / SDI CA 16.57 | 29 MEP 401K LOAN 1 16.27 / 33 TS DENTAL 56.64 / 4A MEP 401K LOAN2 18.80 / A 401K MEP 31.26 / J9 MET TRM LIF EE 4.00 / JG MET TRM LIF SP 0.60 / JH MET TRM LIF CH 0.10 / 71 CHECKING 2ND 705.49 / 72 CHECKING 3RD 50.00 / X CHECKING 500.00 | Voucher# ** / 0.00 | CALC - D - Discr Match 15.63 / INP - PS - Sick Hours Bal 68.47 / CALC - G - Eligible Comp 1,562.91 / INP - PV - Vac Hours Bal 20.67 / CALC - K1 - Eligible Earns 1,562.91 |
| **Valle, Roxanne M** — Associate ID: R1SWHCLUP; File #: 000250; Clock: XN50K; W-In Dept: 555000; H Dept: 555000; Rate: 3,653.8500 — Totl Hrs Worked 80.00 | 80.00 | | | 3,653.85 | | | | 3,653.85 | FIT 506.10 / SS 221.02 / Med 51.69 | S1 CA 218.95 / S2 CA 0.00 / SDI CA 39.21 | 32 MEDICAL 89.05 / JB MET HOSPITAL IN 7.00 / 71 CHECKING 2ND 2,520.83 | Voucher# / eVoucher / 0.00 | INP - PS - Sick Hours Bal 16.02 |
| **Vielman, Roxanne** — Associate ID: 8Z5ZRQ481; File #: 000245; Clock: XN50K; W-In Dept: 555000; H Dept: 555000; Rate: 22.0000; W-In Dept: 555000; H Dept: 555000; RROP; W-In Dept: 555000; H Dept: 555000; Rate: 22.0000 — Totl Hrs Worked 71.60 | 71.40 | 0.20 | $ 8.00 | 1,570.80 | 4.40 / 2.20 | $ 176.00 | | 1,753.40 | FIT 96.07 / SS 108.25 / Med 25.32 | S1 CA 33.00 / S2 CA 0.00 / SDI CA 19.21 | 33 TS DENTAL 7.50 / A 401K MEP 105.20 / X CHECKING 1,358.85 | Voucher# ** / eVoucher / 0.00 | CALC - D - Discr Match 52.60 / INP - PS - Sick Hours Bal 8.04 / CALC - G - Eligible Comp 1,753.40 / INP - PV - Vac Hours Bal 7.70 / CALC - K1 - Eligible Earns 1,753.40 |

Copy of Payroll March 25 v 2

# Payroll Register

| Personnel | Hours | | | Earnings | | | | Gross | Statutory Deductions | | Voluntary Deductions | Net Pay | Memos |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reg | O/T | H 3/4 | Reg | O/T | E 3/4 | E 5 | | Federal | State/Local | | Voucher# ** | |
| **Ybanez, Selena** Associate ID: 5BIS288SP File #: 000226 Clock: XN50K W-In Dept: 555000 H Dept: 555000 Rate: 21.5000 | 80.00 | | | 1,720.00 | | | | 1,720.00 | FIT 18.68 SS 104.68 Med 24.48 | S1 CA 9.07 S2 CA 0.00 SDI CA 18.57 | 33 TS DENTAL 28.20 34 TS VISION 3.41 A 401K MEP 51.60 J9 MET TRM LIF EE 6.00 JH MET TRM LIF CH 0.10 WM STATE TAX LEVY 50.00 71 CHECKING 2ND 1,405.21 | eVoucher | CALC - D - Discr Match 25.80 INP - PS - Sick Hours Bal 45.40 CALC - G - Eligible Comp 1,720.00 INP - PV - Vac Hours Bal 21.56 0.00 CALC - K1 - Eligible Earns 1,720.00 |

| Dept. Total 555000 | | | | | | | | | | | | | 8 Pays |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reg | 605.20 | | | Reg 15,405.46 | | | | O/T 1,901.79 | FIT | | Total Deductions 14,505.29 | | 0.00 |
| O/T | 51.40 | | | Earnings 3 0.00 | | | | Earnings 4 687.73 | SS | 1,357.63 | Total Deductions 14,505.29 | | |
| Hours 3 | 0.00 | | | Earnings 5 0.00 | | | | Gross 17,994.97 | Med | 1,095.41 | | | |
| Hours 4 | 32.20 | | | | | | | | State | 256.20 | | | |
| | | | | | | | | | SDI | 586.09 | | | |
| | | | | | | | | | | 194.35 | | | |

Toll Hrs Worked: 80.00

| Hours Analysis | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | 32.20 | | | | | | | | | | | | |

| Earnings Analysis | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| S | 687.73 | | | | | | | | | | | | |

| Memo Analysis | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| D | 369.89 | | | G 14,231.69 | | | | SS | K1 | 109.43 | | K1 | 14,231.69 |
| PS | 277.44 | | | PV 297.74 | | | | | | | | | |

| Statutory Ded. Analysis | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CA | 586.09 | | | CA SDI 194.35 | | | | | | | | | |

| Voluntary Ded. Analysis | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 29 | 16.27 | | | 32 178.10 | | | | 33 | | 142.52 | | 34 | 6.40 |
| 4A | 18.80 | | | 4K 72.86 | | | | 6 | | 99.85 | | 71 | 9,271.97 |
| 72 | 50.00 | | | A 666.93 | | | | J9 | | 27.00 | | JA | 9.00 |
| JB | 7.00 | | | JC 6.30 | | | | JD | | 2.60 | | JE | 7.37 |
| JF | 0.38 | | | JG 0.60 | | | | JH | | 0.20 | | WM | 50.00 |
| X | 3,871.14 | | | | | | | | | | | | |

# Payroll Register

## Paid-in Department - 556010 - Warehouse CA

| Personnel | Hours | | | Earnings | | | | Gross | Statutory Deductions | | Voluntary Deductions | Net Pay | Memos |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reg | OT | H 3/4 | Reg | OT | E 3/4 | E 5 | | Federal | State/Local | | | |
| **Dwyer, Nigel A.C.**<br>Associate ID: RJF045KRY<br>File #: 000236<br>Clock: XN50K<br>W-In Dept: 556010<br>H Dept: 556010<br>Rate: 18.0000<br>W-In Dept: 556010<br>H Dept: 556010<br>RROP: 18.0000 | 80.00 | 2.20 | | 1,440.00 | 39.60 | 19.80 | | 1,499.40 | FIT 24.54<br>SS 92.97<br>Med 21.74 | S1 CA 4.08<br>S2 CA 0.00<br>SDI CA 16.49 | A 401K MEP 89.96<br>J9 MET TRM LIF EE 6.00<br>X CHECKING 1,243.62 | Voucher#**<br>eVoucher<br>0.00 | CALC - D - Discr Match 44.98<br>INP - PS - Sick Hours Bal 16.05<br>CALC - G - Eligible Comp 1,499.40<br>INP - PV - Vac Hours Bal 12.32<br>CALC - K1 - Eligible Earns 1,499.40 |
| Totl Hrs Worked: 82.20 | | | | | | | | | | | | | |
| **Espinoza, Frank**<br>Associate ID: 08UCORN6A<br>File #: 000232<br>Clock: XN50K<br>W-In Dept: 556010<br>H Dept: 556010<br>Rate: 19.0000<br>W-In Dept: 556010<br>H Dept: 556010<br>RROP: 19.0000 | 72.00 | 5.70 | | 1,368.00 | 108.30 | 54.15 | | 1,530.45 | SS 94.89<br>Med 22.19 | S1 CA 36.64<br>S2 CA 0.00<br>SDI CA 16.83 | 71 CHECKING 2ND 1,359.90 | Voucher#**<br>eVoucher<br>0.00 | CALC - K1 - Eligible Earns 1,530.45<br>INP - PS - Sick Hours Bal 7.72<br>INP - PV - Vac Hours Bal 13.90 |
| Totl Hrs Worked: 77.70 | | | | | | | | | | | | | |
| **Garcia, Ronnie**<br>Associate ID: RNG232C15<br>File #: 000098<br>Clock: XN50K<br>W-In Dept: 556010<br>H Dept: 556010<br>Rate: 27.5000 | 79.70 | 4.50 | | 2,191.75 | 185.63 | | | 2,377.38 | FIT 137.21<br>SS 146.93<br>Med 34.36 | S1 CA 57.19<br>S2 CA 0.00<br>SDI CA 26.07 | 33 TS DENTAL 7.50<br>A 401K MEP 166.42<br>J9 MET TRM LIF EE 3.15<br>JF MET ACC D & D 0.98<br>71 CHECKING 2ND 1,797.57 | Voucher#**<br>0.00 | CALC - D - Discr Match 71.32<br>INP - PS - Sick Hours Bal 17.34<br>CALC - G - Eligible Comp 2,377.38<br>INP - PV - Vac Hours Bal 80.03<br>CALC - K1 - Eligible Earns 2,377.38 |
| Totl Hrs Worked: 84.20 | | | | | | | | | | | | | |
| **Gonzalez, Fernando**<br>Associate ID: G082JZ3KS<br>File #: 000064<br>Clock: XN50K<br>W-In Dept: 556010<br>H Dept: 556010<br>Rate: 21.0000 | 80.00 | 3.30 | | 1,680.00 | 103.95 | | | 1,783.95 | FIT 62.24<br>SS 110.61<br>Med 25.87 | S1 CA 1.39<br>S2 CA 0.00<br>SDI CA 19.63 | P CHILD SUPPORT 146.53<br>71 CHECKING 2ND 354.42 | Check#**<br>1,063.26 | CALC - K1 - Eligible Earns 1,783.95<br>INP - PS - Sick Hours Bal 80.00<br>INP - PV - Vac Hours Bal 159.44 |
| Totl Hrs Worked: 83.30 | | | | | | | | | | | | | |
| **Mayorga, Olga**<br>Associate ID: 9HJZKYY5F<br>File #: 000164<br>Clock: XC50K<br>W-In Dept: 556010<br>H Dept: 556010<br>Rate: 18.0000<br>H Dept: 556010<br>RROP: 18.0000 | 22.10 | 0.20 | | 397.80 | 3.60 | 1.80 | | 1,267.20 | FIT 75.27<br>SS 78.56<br>Med 18.38 | S1 CA 21.63<br>S2 CA 0.00<br>SDI CA 13.94 | A 401K MEP 76.03 | Check#**<br>983.39 | CALC - D - Discr Match 38.02<br>INP - PS - Sick Hours Bal 34.52<br>CALC - G - Eligible Comp 1,267.20<br>INP - PV - Vac Hours Bal 33.20<br>CALC - K1 - Eligible Earns 1,267.20 |

Payroll Register

Copy of Payroll March 25 v 2

| Personnel | Hours Reg | OT | H 3/4 | Earnings Reg | OT | E 3/4 | E 5 | Gross | Federal | State/Local | Voluntary Deductions | Net Pay | Memos |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| W-In Dept: 556010 / H Dept: 556010 / Rate: 18.0000 | | | V 48.00 | | | | | | | | | | |
| Toll Hrs Worked: 22.30 | | | | | | | | | | | | | |
| Miller, Heather L / Associate ID: PS6B2LT79 / File #: 000231 / Clock: XN50K / W-In Dept: 556010 / H Dept: 556010 / Rate: 25.0000 | 71.70 | 4.50 | | 1,792.50 | 112.50 | | | | | | | | CALC - D - Discr Match 64.84 / INP - PS - Sick Hours Bal 37.39 / CALC - G - Eligible Comp 2,161.25 / INP - K1 - Eligible Earns 2,161.25 |
| W-In Dept: 556010 / H Dept: 556010 / Rate: 25.0000 | | | | | 56.25 | | | 2,161.25 | FIT 176.12 / SS 134.00 / Med 31.34 | S1 CA 69.72 / S2 CA 0.00 / SDI CA 23.77 | A 401K MEP 129.68 / 71 CHECKING 2ND 1,596.62 | Voucher# ** | |
| W-In Dept: 556010 / H Dept: 556010 / Rate: 25.0000 | | | V 8.00 | | | V 200.00 | | | | | | 0.00 | |
| Toll Hrs Worked: 76.20 | | | | | | | | | | | | | |
| Pierson, Alan / Associate ID: HYV01CIQA / File #: 000244 / Clock: XN50K / W-In Dept: 556010 / H Dept: 556010 / Rate: 19.0000 | 79.90 | 14.18 | | 1,518.10 | 269.42 | | | | | | | | CALC - D - Discr Match 57.67 / INP - PS - Sick Hours Bal 20.04 / CALC - G - Eligible Comp 1,922.23 / CALC - K1 - Eligible Earns 1,922.23 |
| W-In Dept: 556010 / H Dept: 556010 / Rate: 19.0000 | | | | | 134.71 | | | 1,922.23 | FIT 149.16 / SS 119.18 / Med 27.87 | S1 CA 54.89 / S2 CA 0.00 / SDI CA 21.15 | A 401K MEP 115.33 / J9 MET TRM LIF EE 1.20 / JE MET SHRT TRM DS 18.01 | Check# ** 1,415.44 | |
| Toll Hrs Worked: 94.08 | | | | | | | | | | | | | |
| Rios, Juan Manuel / Associate ID: 7GT7ZEUCC6 / File #: 000175 / Clock: XN50K / W-In Dept: 556010 / H Dept: 556010 / Rate: 2,307.6900 | 80.00 | | | 2,307.69 | | | | 2,307.69 | FIT 233.81 / SS 142.61 / Med 33.36 | S1 CA 75.56 / S2 CA 0.00 / SDI CA 25.30 | 29 MEP 401K LOAN 1 43.08 / 33 TS DENTAL 7.50 / A 401K MEP 138.46 / J9 MET TRM LIF EE 10.00 / JC MET ACCIDENT 10 7.90 / JD MET CRITICAL IL 9.10 / JE MET SHRT TRM DS 11.19 / JF MET ACC D & D 1.50 / WM STATE TAX LEVY 110.00 / X CHECKING 1,458.52 | Voucher# / eVoucher / 0.00 | CALC - D - Discr Match 69.23 / INP - PS - Sick Hours Bal 80.00 / CALC - G - Eligible Comp 2,307.69 / CALC - K1 - Eligible Earns 2,307.69 |
| Toll Hrs Worked: 80.00 | | | | | | | | | | | | | |
| Rodriguez, Joseph J / Associate ID: JR81PD2BQ / File #: 000253 / W-In Dept: 556010 / H Dept: 556010 / Rate: 20.0000 | 75.90 | 1.40 | | 1,518.00 | 28.00 | | | 1,560.00 | SS 96.72 / Med 22.62 | S1 CA 38.60 / S2 CA 0.00 / SDI CA 17.16 | | Check# ** 1,384.90 | INP - PS - Sick Hours Bal 5.34 |

# Payroll Register

| Personnel | Hours | | | | Earnings | | | | | Gross | Statutory Deductions | | Voluntary Deductions | Net Pay | Memos |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reg | O/T | H 3/4 | | Reg | O/T | E 3/4 | E 5 | | | Federal | State/Local | | | |
| W-in Dept: 556010 | | | | | | | | | | | | | | | 9 Pays |
| H Dept: 556010 | | | | | | | 14.00 | | | | | | | | 4,846.99 |
| RROP: 20.0000 | | | | | | | | | | | | | | | |
| | Totl Hrs Worked: 77.30 | | | | | | | | | | | | | | |
| Dept. Total 556010 | | | | Reg 641.30 | | Reg 14,213.84 | | O/T 1,131.71 | FIT | 858.35 | | Total Deductions 8,910.17 | | |
| | | | | O/T 35.98 | | Earnings 3 0.00 | | Earnings 4 1,064.00 | SS | 1,016.47 | | | | |
| | | | | Hours 3 0.00 | | Earnings 5 0.00 | | Gross 16,409.55 | Med | 237.73 | | | | |
| | | | | Hours 4 56.00 | | | | | State | 359.50 | | | | |
| | | | | | | | | | SDI | 180.34 | | | | |
| Hours Analysis | V | | 56.00 | | | | | | | | | | | |
| Earnings Analysis | V | | 1,064.00 | | | | | | | | | | | |
| Memo Analysis | D | | 346.06 | G | | 11,535.15 | | K1 | 14,849.55 | | | PS | 358.40 | |
| | PV | | 385.73 | | | | | | | | | | | |
| Statutory Ded. Analysis | CA | | 359.50 | CA SDI | | 180.34 | | | | | | | | |
| Voluntary Ded. Analysis | 29 | | 43.08 | 33 | | 15.00 | | 71 | 5,108.51 | | | A | 715.88 | |
| | J9 | | 20.35 | JC | | 7.90 | | JD | 9.10 | | | JE | 29.20 | |
| | JF | | 2.48 | P | | 146.53 | | WM | 110.00 | | | X | 2,702.14 | |

Copy of Payroll March 25 v 2

# Payroll Register

**Paid-in Department - 556020 - Warehouse IL**

## Schramer, Marcus W.
Associate ID: 2FD47VI3K
File #: 000128
Clock: XN50K
W-In Dept: 556020
H Dept: 556020
Rate: 14.8500
W-In Dept: 556020
H Dept: 556020
Rate: 14.8500
Toll Hrs Worked: 63.90

| Hours | | | Earnings | | | | Gross | Statutory Deductions | | Voluntary Deductions | Net Pay | Memos |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reg | O/T | H 3/4 | Reg | O/T | E 3/4 | E 5 | | Federal | State/Local | | | |
| 63.90 | | V 16.00 | 948.92 | | V 237.60 | | 1,186.52 | FIT 86.01<br>SS 73.56<br>Med 17.20 | S1 IL 50.59<br>S2 IL 0.00 | A 401K MEP 71.19<br>P CHILD SUPPORT 100.00<br>X CHECKING 787.97 | Voucher#<br>eVoucher<br>0.00 | CALC - D - Discr Match 35.60<br>INP - PS - Sick Hours Bal 53.37<br>CALC - G - Eligible Comp 1,186.52<br>INP - PV - Vac Hours Bal 81.88<br>CALC - K1 - Eligible Earns 1,186.52 |

## Schwarz Jr., Jeffrey M
Associate ID: R1GTHX1RE
File #: 000145
Clock: XN50K
W-In Dept: 556020
H Dept: 556020
Rate: 2,230.7700
Toll Hrs Worked: 80.00

| Hours | | | Earnings | | | | Gross | Statutory Deductions | | Voluntary Deductions | Net Pay | Memos |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reg | O/T | H 3/4 | Reg | O/T | E 3/4 | E 5 | | Federal | State/Local | | | |
| 80.00 | | | 2,230.77 | | | | 2,230.77 | FIT 171.02<br>SS 135.83<br>Med 31.77 | S1 IL 101.82<br>S2 IL 0.00 | A 401K MEP 133.85<br>J2 MEDICAL FSA 40.00<br>J9 MET TRM LIFE EE 4.00<br>JE MET SHRT TRM DS 21.42<br>JF MET ACC D & D 0.98<br>JG MET TRM LIF SP 3.50<br>JH MET TRM LIF CH 0.10<br>X CHECKING 1,586.48 | Voucher#<br>0.00 | CALC - D - Discr Match 66.92<br>INP - PS - Sick Hours Bal 80.00<br>CALC - G - Eligible Comp 2,230.77<br>INP - PV - Vac Hours Bal 34.64<br>CALC - K1 - Eligible Earns 2,230.77 |

## Toledo, Hector J.
Associate ID: O3A2B5FWU
File #: 000255
Clock: XN50K
W-In Dept: 556020
H Dept: 556020
Rate: 16.0000
Toll Hrs Worked: 71.70

| Hours | | | Earnings | | | | Gross | Statutory Deductions | | Voluntary Deductions | Net Pay | Memos |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reg | O/T | H 3/4 | Reg | O/T | E 3/4 | E 5 | | Federal | State/Local | | | |
| 71.70 | | | 1,147.20 | | | | 1,147.20 | FIT 69.99<br>SS 71.13<br>Med 16.63 | S1 IL 56.79<br>S2 IL 0.00 | X CHECKING 932.66 | Voucher#<br>eVoucher<br>0.00 | INP - PS - Sick Hours Bal 5.34 |

## Weber, Michael J
Associate ID: MVH5AFFRR
File #: 000172
Clock: XN50K
W-In Dept: 556020
H Dept: 556020
Rate: 15.0000
W-In Dept: 556020
H Dept: 556020
Rate: 15.0000
Toll Hrs Worked: 63.90

| Hours | | | Earnings | | | | Gross | Statutory Deductions | | Voluntary Deductions | Net Pay | Memos |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reg | O/T | H 3/4 | Reg | O/T | E 3/4 | E 5 | | Federal | State/Local | | | |
| 63.90 | | V 16.00 | 958.50 | | V 240.00 | | 1,198.50 | FIT 107.21<br>SS 74.31<br>Med 17.38 | S1 IL 55.77<br>S2 IL 0.00 | A 401K MEP 71.91<br>X CHECKING 871.92 | Voucher#<br>0.00 | CALC - D - Discr Match 35.96<br>INP - PS - Sick Hours Bal 50.73<br>CALC - G - Eligible Comp 1,198.50<br>INP - PV - Vac Hours Bal 42.60<br>CALC - K1 - Eligible Earns 1,198.50 |

## Dept Total — 556020

| | | |
|---|---|---|
| Reg 279.50 | Reg 5,285.39 | FIT 434.23 |
| O/T 0.00 | Earnings 3 0.00 | SS 354.83 |
| Hours 3 0.00 | Earnings 5 0.00 | Med 82.98 |
| Hours 4 32.00 | O/T 0.00 | State 264.97 |
| | Earnings 4 477.60 | |
| | Gross 5,762.99 | |

Total Deductions 4,625.98

4 Pays 0.00

Payroll Register

| Personnel | Hours | | | Earnings | | | | Gross | Statutory Deductions | | Voluntary Deductions | Net Pay | Memos |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reg | O/T | H 3/4 | Reg | O/T | E 3/4 | E 5 | | Federal | State/Local | | | |
| Hours Analysis | | V | 32.00 | | | | | | | | | | |
| Earnings Analysis | | V | 477.60 | | | | | | | | | | |
| Memo Analysis | | D | 138.48 | G | | 4,615.79 | | | K1 | 4,615.79 | | PS | 189.44 |
| | | PV | 159.12 | | | | | | | | | | |
| Statutory Ded. Analysis | | IL | 264.97 | | | | | | | | | | |
| Voluntary Ded. Analysis | | A | 276.95 | | J2 | 40.00 | | | J9 | 4.00 | | JE | 21.42 |
| | | JF | 0.98 | | JG | 3.50 | | | JH | 0.10 | | P | 100.00 |
| | | X | 4,179.03 | | | | | | | | | | |

# Payroll Register

**Paid-In Department - 556030 - Warehouse GA**

| Personnel | Reg | OT | H 3/4 | Reg | OT | E 3/4 | E 5 | Gross | Federal | State/Local | Voluntary Deductions | Net Pay | Memos |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Abney, Dirk L** / Associate ID: NLTNO6OUG / File #: 000165 / Clock: XC50K / W-In Dept: 556030 / H Dept: 556030 / Rate: 2,615.3900 | 80.00 | | | 2,615.39 | | | | 2,615.39 | FIT 279.21 / SS 162.16 / Med 37.92 | S1 GA 128.99 / S2 GA 0.00 | A 401K MEP 156.92 / 71 CHECKING 2ND 1,850.19 | Voucher# eVoucher 0.00 | CALC - D - Discr Match 78.46 / INP - PS - Sick Hours Bal 80.00 / CALC - G - Eligible Comp 2,615.39 / INP - PV - Vac Hours Bal 69.38 / CALC - K1 - Eligible Earns 2,615.39 |
| Toll Hrs Worked 80.00 | | | | | | | | | | | | | |
| **Dunton, Julian** / Associate ID: CSFS79TUD / File #: 000217 / Clock: XN50K / W-In Dept: 556030 / H Dept: 556030 / Rate: 16.0000 | 71.60 | 0.30 | | 1,145.60 | 4.80 | | | | | | | Voucher# | CALC - D - Discr Match 38.42 / INP - PS - Sick Hours Bal 13.42 / CALC - G - Eligible Comp 1,280.80 / INP - PV - Vac Hours Bal 26.80 / CALC - K1 - Eligible Earns 1,280.80 |
| W-In Dept: 556030 / H Dept: 556030 / RROP: 16.0000 | | | | | 2.40 | | | | | | 33 TTS DENTAL 7.50 / A 401K MEP 76.85 / X CHECKING 978.91 | eVoucher | |
| W-In Dept: 556030 / H Dept: 556030 / Rate: 16.0000 | | | S 8.00 | | | S 128.00 | | 1,280.80 | FIT 75.90 / SS 78.94 / Med 18.46 | S1 GA 44.24 / S2 GA 0.00 | | 0.00 | |
| Toll Hrs Worked: 71.90 | | | | | | | | | | | | | |
| **Early, Tyquincy** / Associate ID: 6OJDIOENK / File #: 000156 / Clock: XN50K / W-In Dept: 556030 / H Dept: 556030 / Rate: 20.0000 | 72.00 | 5.40 | | 1,440.00 | 162.00 | | | | | | 29 MEP 401K LOAN 1 52.98 / 4A MEP 401K LOAN 2 42.50 / A 401K MEP 105.72 / P CHILD SUPPORT 471.82 / 71 CHECKING 2ND 939.64 | Voucher# eVoucher | CALC - D - Discr Match 52.86 / INP - PS - Sick Hours Bal 54.89 / CALC - G - Eligible Comp 1,762.00 / INP - PV - Vac Hours Bal 34.46 / CALC - K1 - Eligible Earns 1,762.00 |
| W-In Dept: 556030 / H Dept: 556030 / Rate: 20.0000 | | | S 8.00 | | | S 160.00 | | 1,762.00 | SS 109.24 / Med 25.55 | S1 GA 14.55 / S2 GA 0.00 | | 0.00 | |
| Toll Hrs Worked: 77.40 | | | | | | | | | | | | | |
| **Hall, Michael Leon** / Associate ID: DB7G6KLSK / File #: 000227 / Clock: XN50K / W-In Dept: 556030 / H Dept: 556030 / Rate: 18.0000 | 60.10 | | | 1,081.80 | | | | 1,081.80 | FIT 54.36 / SS 67.07 / Med 15.69 | S1 GA 49.89 / S2 GA 0.00 | A 401K MEP 64.91 / J9 MET TRM LIF EE 2.45 / JF MET ACC D & D 0.38 / 71 CHECKING 2ND 827.05 | Voucher# eVoucher 0.00 | CALC - D - Discr Match 32.45 / INP - PS - Sick Hours Bal 32.06 / CALC - G - Eligible Comp 1,081.80 / INP - PV - Vac Hours Bal 18.48 / CALC - K1 - Eligible Earns 1,081.80 |
| Toll Hrs Worked: 60.10 | | | | | | | | | | | | | |
| **Lewis, Lloyd B** / Associate ID: R5CEB1GA8 / File #: 000241 / Clock: XN50K / W-In Dept: 556030 / H Dept: 556030 / Rate: 19.0000 | 79.70 | | | 1,514.30 | | | | 1,514.30 | FIT 36.67 / SS 93.89 / Med 21.95 | S1 GA 57.81 / S2 GA 0.00 | A 401K MEP 151.43 / J9 MET TRM LIF EE 4.00 / JG MET TRM LIF SP 0.70 / JH MET TRM LIF CH 0.10 / X CHECKING 1,147.75 | Voucher# ** eVoucher 0.00 | CALC - D - Discr Match 45.43 / INP - PS - Sick Hours Bal 5.04 / CALC - G - Eligible Comp 1,514.30 / INP - PV - Vac Hours Bal 4.24 / CALC - K1 - Eligible Earns 1,514.30 |

Payroll Register

| Personnel | Hours | | | Earnings | | | | Gross | Statutory Deductions | | Voluntary Deductions | Net Pay | Memos |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reg  O/T  H 3/4 | Reg | O/T | Reg | O/T  E 3/4  E 5 | | | | Federal | State/Local | | | 5 Pays |
| | Ttl Hrs Worked: 79.70 | | | | | | | | | | | | 0.00 |
| Dept. Total 556030 | Reg | 363.40 | | Reg 7,797.09 | | | O/T 169.20 | FIT | 446.14 | | Total Deductions 6,881.80 | | |
| | O/T | 5.70 | | Earnings 3 0.00 | | | Earnings 4 288.00 | SS | 511.30 | | | | |
| | Hours 3 | 0.00 | | Earnings 5 0.00 | | | Gross 8,254.29 | Med | 119.57 | | | | |
| | Hours 4 | 16.00 | | | | | | State | 295.48 | | | | |
| Hours Analysis | S | 16.00 | | | | | | | | | | | |
| Earnings Analysis | S | 288.00 | | | | | | | | | | | |
| Memo Analysis | D | 247.62 | G | 8,254.29 | | | | K1 | 8,254.29 | | | PS | 185.41 |
| | PV | 153.36 | | | | | | | | | | | |
| Statutory Ded. Analysis | GA | 295.48 | | | | | | | | | | | |
| Voluntary Ded. Analysis | 29 | 52.98 | 33 | 7.50 | | | | 4A | 42.50 | | | 71 | 3,616.88 |
| | A | 555.83 | J9 | 6.45 | | | | JF | 0.38 | | | JG | 0.70 |
| | JH | 0.10 | P | 471.82 | | | | X | 2,126.66 | | | | |

Payroll Register

**Paid-In Department - 556040 - Warehouse NJ**

| Personnel | Hours | | | Earnings | | | | Gross | Statutory Deductions | | Voluntary Deductions | Net Pay | Memos |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reg | OT | H 3/4 | Reg | OT | E 3/4 | E 5 | | Federal | State/Local | | | |

**Fisher, John W.**
Associate ID: H3V714FY4
File #: 000209
Clock: XN50K
W-In Dept: 556040
H Dept: 556040
Rate: 2,500.0000

Hours: Reg 80.00 — Earnings: Reg 2,500.00 — Gross 2,500.00
Federal: FIT 235.21 / SS 153.98 / Med 36.01
State/Local: S1 NJ 80.08 / S2 NJ 0.00 / SUI NJ 10.62 / SDI NJ 3.50 / FLI NJ 3.50
Voluntary Deductions: 33 TS DENTAL 13.52 / 34 TS VISION 2.99 / A 401K MEP 150.00 / 71 CHECKING 2ND 1,810.59
Net Pay: Voucher# / eVoucher 0.00
Memos: CALC - D - Discr Match 75.00 / INP - PS - Sick Hours Bal 77.45 / CALC - G - Eligible Comp 2,500.00 / INP - PV - Vac Hours Bal 0.34 / CALC - K1 - Eligible Earns 2,500.00

W-In Dept: 556040 — H 3/4 S 16.00 — Totl Hrs Worked: 80.00

**Gonzalez, Julio**
Associate ID: Y2D2TSDCG
File #: 000210
Clock: XN50K
W-In Dept: 556040
H Dept: 556040
Rate: 19.0000

Hours: Reg 61.50 — Earnings: Reg 1,168.50 — Gross 1,472.50
Federal: FIT 98.43 / SS 91.29 / Med 21.36
State/Local: S1 NJ 23.84 / S2 NJ 0.00 / SUI NJ 6.26 / SDI NJ 2.06 / FLI NJ 2.06
Voluntary Deductions: A 401K MEP 88.35 / J9 MET TRM LIFE EE 4.00 / JE MET S-HRT TRM DS 14.59 / JF MET ACC D & D 4.68 / 71 CHECKING 2ND 1,115.58
Net Pay: Voucher** 0.00
Memos: CALC - D - Discr Match 44.18 / INP - PS - Sick Hours Bal 0.05 / CALC - G - Eligible Comp 1,472.50 / INP - PV - Vac Hours Bal 16.34 / CALC - K1 - Eligible Earns 1,472.50

E 3/4 S 304.00 — W-In Dept: 556040 — H Dept: 556040 — Rate 19.0000 — Totl Hrs Worked: 61.50

**Mitana, Stephen**
Associate ID: WVAW9A6RB
File #: 000218
Clock: XN50K
W-In Dept: 556040
H Dept: 556040
Rate: 17.0000

Hours: Reg 78.00 — Earnings: Reg 1,326.00 — Gross 1,326.00
Federal: FIT 81.00 / SS 81.74 / Med 19.12
State/Local: S1 NJ 21.08 / S2 NJ 0.00 / SUI NJ 5.64 / SDI NJ 1.86 / FLI NJ 1.86
Voluntary Deductions: 33 TS DENTAL 7.50 / A 401K MEP 79.56 / 71 CHECKING 2ND 1,026.64
Net Pay: Voucher** 0.00
Memos: CALC - D - Discr Match 39.78 / INP - PS - Sick Hours Bal 9.42 / CALC - G - Eligible Comp 1,326.00 / INP - PV - Vac Hours Bal 1.64 / CALC - K1 - Eligible Earns 1,326.00

Totl Hrs Worked: 78.00

**Dept. Total — 556040**

| | | |
|---|---|---|
| Reg | 219.50 | Reg 4,994.50 |
| OT | 0.00 | Earnings 3 0.00 |
| Hours 3 | 0.00 | Earnings 5 0.00 |
| Hours 4 | 16.00 | |

Earnings 4 304.00
OT 0.00 FIT
SS 304.00
Gross 5,298.50 Med
State
SUI
SDI
FLI

Federal: FIT 414.64 / SS 327.01 / Med 76.49 / State 125.00 / SUI 22.52 / SDI 7.42 / FLI 7.42
Voluntary Deductions: Total Deductions 4,318.00
Net Pay: 3 Pays 0.00

**Hours Analysis**
S 16.00

**Earnings Analysis**
S 304.00

**Memo Analysis**
D 158.96 — G 5,298.50 — K1 — PS 86.92
PV 18.32

**Statutory Ded. Analysis**
NJ 125.00 — NJ SDI — NJ SUI — NJ FLI 7.42
33 21.02 — 34 2.99 — 71 — A 317.91
J9 4.00 — JE 14.59 — JF 4.68

Copy of Payroll March 25 v 2

**Payroll Register**

| Personnel | Hours | | | Earnings | | | E 3/4 | E 5 | Gross | Statutory Deductions | | | Voluntary Deductions | Net Pay | Memos |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reg | OT | H 3/4 | Reg | OT | | | | | Federal | State/Local | | | | |

**Paid-In Department - 556060 - Warehouse TX**

| | | | | | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| **Esquivel, Osiel J.** Associate ID: NP72H1VZF File #: 000203 Clock: XN50K W-In Dept: 556060 H Dept: 556060 Rate: 2.423.0800 | 40.00 | | | 2.423.08 | | V 0.00 | | | | | | | 34 TS VISION 7.23 4K ROTH 401K MEP 145.38 J2 MEDICAL FSA 28.85 J9 MET TRM LIFE EE 3.00 JE MET S/HRT TRM DS 23.99 | Voucher# | CALC - D - Discr Match 72.69 INP - PS - Sick Hours Bal 80.00 CALC - G - Eligible Comp 2,423.08 INP - PV - Vac Hours Bal (3.60) |
| W-In Dept: 556060 H Dept: 556060 Rate: 2.423.0800 | | | | V 40.00 | | V 0.00 | | | 2,423.08 | FIT 151.10 SS 147.99 Med 34.61 | S1 TX 0.00 S2 TX 0.00 | | JF MET ACC D & D 2.25 J6 MET TRM LIFE SP 0.50 J4 MET TRM LICH 0.10 71 CHECKING 2ND 1,878.08 | eVoucher 0.00 | CALC - K1 - Eligible Earns 2,423.08 |
| Toll Hrs Worked: 40.00 | | | | | | | | | | | | | | | |
| **Martin, Jackie A** Associate ID: R3NV1E2B5 File #: 000206 Clock: XN50K W-In Dept: 556060 H Dept: 556060 Rate: 16.0000 | 78.10 | 0.40 | | 1,249.60 | 6.40 | | | | | | | | 32 MEDICAL 89.05 A 401K MEP 76.51 J2 MEDICAL FSA 11.54 | Voucher# | CALC - D - Discr Match 38.26 INP - PS - Sick Hours Bal 47.15 CALC - G - Eligible Comp 1,275.20 |
| W-In Dept: 556060 H Dept: 556060 RROP: 16.0000 | | | | | 3.20 | | | | 1,275.20 | FIT 64.10 SS 72.83 Med 17.03 | S1 TX 0.00 S2 TX 0.00 | | JF MET ACC D & D 2.25 71 CHECKING 2ND 941.89 | eVoucher 0.00 | INP - PV - Vac Hours Bal 51.78 CALC - K1 - Eligible Earns 1,275.20 |
| W-In Dept: 556060 H Dept: 556060 Rate: 16.0000 | | S 1.00 | | | | | S 16.00 | | | | | | | | |
| Toll Hrs Worked: 78.50 | | | | | | | | | | | | | | | |
| **Moore, Douglas F** Associate ID: 6PZ2XF5UBT File #: 000204 Clock: XC50K W-In Dept: 556060 H Dept: 556060 Rate: 18.0000 | 79.90 | | | 1,438.20 | | | | | | | | | A 401K MEP 86.29 JA HYATT LEGAL 9.00 JE MET S/HRT TRM DS 20.95 | Voucher# ** | CALC - D - Discr Match 43.15 INP - PS - Sick Hours Bal 74.82 CALC - G - Eligible Comp 1,438.20 |
| W-In Dept: 556060 H Dept: 556060 RROP: 18.0000 | | | | | | | | | 1,438.20 | FIT 94.56 SS 89.17 Med 20.85 | S1 TX 0.00 S2 TX 0.00 | | JF MET ACC D & D 1.20 71 CHECKING 2ND 1,116.18 | eVoucher 0.00 | INP - PV - Vac Hours Bal 50.86 CALC - K1 - Eligible Earns 1,438.20 |
| Toll Hrs Worked: 79.90 | | | | | | | | | | | | | | | |
| **Rodriguez, Jimmili** Associate ID: HPAH3A1E4 File #: 000228 Clock: XN50K W-In Dept: 556060 H Dept: 556060 Rate: 18.0000 | 73.60 | 0.90 | | 1,324.80 | 16.20 | | | | | | | | A 401K MEP 87.21 J2 MEDICAL FSA 25.00 J9 MET TRM LIFE EE 3.50 | Check# ** | CALC - D - Discr Match 43.61 INP - PS - Sick Hours Bal 6.26 CALC - G - Eligible Comp 1,453.50 |
| W-In Dept: 556060 H Dept: 556060 Rate: 18.0000 | | | | | 8.10 | | | | 1,453.50 | FIT 93.28 SS 88.57 Med 20.71 | S1 TX 0.00 S2 TX 0.00 | | JF MET ACC D & D 0.75 | 1,134.48 | INP - PV - Vac Hours Bal 10.48 CALC - K1 - Eligible Earns 1,453.50 |
| W-In Dept: 556060 H Dept: 556060 Rate: 18.0000 | | S 5.80 | | | | | S 104.40 | | | | | | | | |
| Toll Hrs Worked: 74.50 | | | | | | | | | | | | | | | |

Payroll Register

| Personnel | Hours | | | Earnings | | | | Gross | Statutory Deductions | | Voluntary Deductions | Net Pay | Memos |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Reg | O/T | H 3/4 | Reg | O/T | E 3/4 | E 5 | | Federal | State/Local | | | |
| Dept. Total 556060 | Reg 271.60 | O/T 1.30 | Hours 3 0.00 / Hours 4 86.80 | Reg 6,435.68 / Earnings 3 0.00 | O/T 33.90 / Earnings 4 120.40 | Earnings 5 0.00 / Gross 6,589.98 | | | FIT 403.04 / SS 398.56 / Med 93.20 | | Total Deductions 4,560.70 | | 4 Pays 1,134.48 |
| Hours Analysis | S | S | 6.80 | | V | 80.00 | | | | | | | |
| Earnings Analysis | | | 120.40 | | | | | | | | | | |
| Memo Analysis | D | PV | 197.71 / 109.52 | | G | 6,589.98 | | | K1 | 6,589.98 | | PS | 208.23 |
| Voluntary Ded. Analysis | 32 | A | 89.05 / 250.01 | | 34 / J2 | 7.23 / 65.39 | | | 4K / J9 | 145.38 / 6.50 | | 71 / JA | 3,936.15 / 9.00 |
| | JE | | 44.94 | | JF | 6.45 | | | JG | 0.50 | | JH | 0.10 |

Copy of Payroll March 25 v 2

# EXHIBIT 3

PLAT BUS CHECKING (...1161) >

$433,876.03
Available balance

$433,876.03
Present balance

$0.00
Available credit

$433,876.03
Available plus credit

**Disclosures**

**JPMorgan Chase Bank, N.A.** and its affiliates (collectively "JPMCB") offer investment products, which may include bank managed accounts and custody, as part of its trust and fiduciary services. Other investment products and services, such as brokerage and advisory accounts, are offered through **J.P. Morgan Securities LLC (JPMS)**, a member of FINRA and SIPC. Annuities are made available through Chase Insurance Agency, Inc. (CIA), a licensed insurance agency, doing business as Chase Insurance Agency Services, Inc. in Florida. JPMCB, JPMS and CIA are affiliated companies under the common control of JPMorgan Chase & Co. Products not available in all states.

INVESTMENT AND INSURANCE PRODUCTS ARE:

- NOT FDIC INSURED
- NOT INSURED BY ANY FEDERAL GOVERNMENT AGENCY
- NOT A DEPOSIT OR OTHER OBLIGATION OF, OR GUARANTEED BY, JPMORGAN CHASE BANK, N.A. OR ANY OF ITS AFFILIATES
- SUBJECT TO INVESTMENT RISKS, INCLUDING POSSIBLE LOSS OF THE PRINCIPAL AMOUNT INVESTED



Cathay Business Online Banking

https://cathaybusinessonlinebanking.ebanking-services.com

Bank Home | Disclosures | Help | Sign Off

**Cathay Bank**

Welcome | Reports ▼ | Transfers and Payments ▼ | Account Services ▼ | Administration ▼

## Welcome Ted. Today is March 19, 2022

Your last login was March 18, 2022 at 10:26 PM ET | Add Info Panels

### Recent Alerts & Messages

03/18 Returned Wire Transfer

Manage Alerts | Received Mail and Alerts

### Calendar

March 2022

| Su | Mo | Tu | We | Th | Fr | Sa |
|---|---|---|---|---|---|---|
| | | 1 | 2 | 3 | 4 | 5 |
| 6 | 7 | 8 | 9 | 10 | 11 | 12 |
| 13 | 14 | 15 | 16 | 17 | 18 | 19 |
| 20 | 21 | 22 | 23 | 24 | 25 | 26 |
| 27 | 28 | 29 | 30 | 31 | | |

Edit information displayed

### Recent Transactions

You have not selected an account to be displayed in this panel.

Edit accounts and transactions displayed

### Exceptions Decision

View by: My decisions | All decisions

ACH Positive Pay

No exceptions awaiting decision or approval.

### Balance Snapshot

You do not have accounts selected for display in this information panel.

Edit accounts and dates displayed

### Important Account Balances

| Checking | As of 03-19-2022 |
|---|---|
| CHECKING *7375 | $155,011.12 |
| CHECKING *7553 | $0.00 |

| Savings | As of 03-19-2022 |
|---|---|
| BUSINESS MONEY MARKET *9993 | $421,281.29 |

| Loan Accounts | As of 03-18-2022 |
|---|---|
| CHERRY MAN INDUSTRIES INC Loan Account *6658 | Data not yet available |
| Commercial Loan Account *8698 | Data not yet available |
| Loan *6108 | $13,799,140.83 Current balance |
| Loan Account *8447 | $283,553.11 Current balance |
| LOAN ACCOUNT *7989 | Data not yet available |

Edit accounts displayed

### Shortcuts

Favorites | Edit Favorites

› Make ACH payment / Manage templates

### Balance Trends

You do not have any accounts selected for display in this information panel.

Edit accounts displayed

### Next Scheduled Requests

There are no scheduled requests.

### Transfers & Payments Approval

View by: My approvals | All approvals

There are no requests waiting for your approval.

| In re: | CHAPTER: **11** |
|---|---|
| **Cherry Man Industries, Inc.** | |
| Debtor(s). | CASE NUMBER: **2:22-bk-11471-NB** |

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.   My business address is:
**9454 Wilshire Boulevard, 6th floor**
**Beverly Hills, CA 90212**

A true and correct copy of the foregoing document entitled (*specify*): **DEBTOR'S NOTICE OF MOTION AND <u>EMERGENCY</u> MOTION FOR ORDER AUTHORIZING PAYMENT OF WAGES AND RELATED EXPENSES; MEMORANDUM OF POINTS AND AUTHORITIES; DECLARATION OF FRANK LIN IN SUPPORT THEREOF** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.   TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On ____**3/21/2022**____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:
**Debtor's Consel: Michael Jay Berger       michael.berger@bankruptcypower.com,**
**yathida.nipha@bankruptcypower.com;michael.berger@ecf.inforuptcy.com**
**Interest Party: Michael J Gomez       mgomez@frandzel.com, dmoore@frandzel.com**
**OUST's Counsel: Dare Law       dare.law@usdoj.gov, ron.maroko@usdoj.gov**
**United States Trustee (LA)      ustpregion16.la.ecf@usdoj.gov**
**Interested Party: Gerrick Warrington      gwarrington@frandzel.com, sking@frandzel.com**

☐ Service information continued on attached page

**2.   SERVED BY UNITED STATES MAIL**:
On ___, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.   SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on 3/21/2022, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| 3/21/2022 | **Karine Manvelian** | /s/ Karine Manvelian |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.   It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*June 2012*                                                                 **9013-3.1.PROOF.SERVICE**

**OFFICE OF THE U.S. TRUSTEE**

Office of the U.S. Trustee
Dare Law and Ron Maroko
dare.law@usdoj.gov
ron.maroko@usdoj.gov

**SECURED CREDITORS**

SBA
Attn: Elan S. Levey, Esq.
Served by email
elan.levey@usdoj.gov

CATHAY BANK
c/o Michael J. Gomez and Gerrick M. Warrington
Served by email:
mgomez@frandzel.com, gwarrington@franzel.com
dmoore@frandzel.com

HYG Financial Services, Inc.
Served by email
HYGFinancial@myleasingsource.com

**20 LARGEST UNSECURED CREDITORS**

Anji DEKA OFFICE SYSTEM CO
Served by Email
tim@dkeoffice.com;
emmadocument@dkeoffice.com

AVERIT EXPRESS
Served by email
customerservice@everitexpress.com

BYRNE ELECTRICAL
Served by Fax
616-866-3461

DANDEE PALLET & PACKAGING INC
Served by Fax
888-398-3043

DAYTON FRIEGHT
Served by email
customerservice@daytonfreight.com

DE-WELL GROUP
Served by email
jbecerra@us.de-well.com

ECHO GLOBAL LOGISTICS INC
Served by email
ar@echo.com

JUST PALLETS AND CRATES LLC
Served by email
orders@justpallets.com

Luckywood (Taicang) Co., Ltd
Served by Email
zengchongfeng@luckywood-sh.com

NEW PENN
Served by Fax
717-274-5593

PREFERRED PALLETS INC
Served by email
prefferredpallet@sbcglobal.net

PRIME TRANS, INC
Served by fax
310-638-0112

QX-ORIENTAL INTERNATIONAL
Served by email
zengchongfeng@luckywood-sh.com

R & L CARRIERS
Served by Fax
310-638-0112

SHANGHAI LIANYING IMPORT
sales.dept@kaibojs.com

SHANGHAI REAL HONG INT'L
Served by Email
jodyfei@163.com

ZHEJIANG RUNDA KEHONG
Served by email
kehong001@ajkhjj.com

ZHEJIANG WALSN FURNITURE CO
Served by email
1106863197@qq.com