**Part 7: Payments made on prepetition debts.**

| Account | Date | Name | Amount | Category |
|---|---|---|---|---|
| Trustee_Act | 9/29/2022 | Cathay Bank | $ 1,000,000.00 | Cathay Debt Repayment |