| Cash FLow Summary | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 |
|---|---:|---:|---:|---:|---:|---:|---:|
| **Receipts** | $ 1,462,764 | $ 1,484,769 | $ 2,364,246 | $ 1,368,420 | $ 878,594 | $ 2,851,472 | $ 348,708 |
| Disbursements | 637,675 | 1,008,694 | 1,678,999 | 2,231,841 | 1,036,536 | 1,871,079 | 3,155,874 |
| **Cash Flow** | 825,090 | 476,076 | 685,246 | (863,421) | (157,942) | 980,393 | (2,807,167) |
| Cash Beginning | 1,181,992 | 2,007,081 | 2,483,157 | 3,168,404 | 2,304,983 | 2,147,041 | 3,127,434 |
| **Cash Ending** | $ 2,007,081 | $ 2,483,157 | $ 3,168,404 | $ 2,304,983 | $ 2,147,041 | $ 3,127,434 | $ 320,267 |

| Balance Sheet Summary | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 |
|---|---:|---:|---:|---:|---:|---:|---:|
| Cash | $ 2,007,081 | $ 2,483,157 | $ 3,168,404 | $ 2,304,983 | $ 2,147,041 | $ 3,127,434 | $ 320,267 |
| Inventory | 16,468,920 | 16,164,845 | 14,661,525 | 15,224,226 | 14,979,630 | - | - |
| Accounts Receivable | 3,491,187 | 2,779,240 | 2,423,242 | 1,840,251 | 1,559,577 | 1,418,121 | 1,104,741 |
| Rent Deposit | 220,000 | 220,000 | 220,000 | 220,000 | 220,000 | 220,000 | 220,000 |
| PP&E | 2,590,459 | 2,590,459 | 1,375,000 | 1,375,000 | 1,375,000 | 1,375,000 | 1,325,000 |
| **Assets** | **24,777,648** | **24,237,700** | **21,848,170** | **20,964,460** | **20,281,248** | **6,140,555** | **2,970,008** |
| Payables - Pre-Petition | 4,005,802 | 3,488,666 | 3,486,419 | 3,484,897 | 3,483,691 | 3,482,210 | 3,482,352 |
| Payables - Post-Petition | 851,038 | 741,171 | 312,506 | 210,028 | 188,483 | 126,317 | - |
| Cathay Debt | 14,136,134 | 14,136,134 | 14,136,134 | 14,136,134 | 14,136,134 | 13,101,134 | 12,101,134 |
| SBA | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 | 2,000,000 |
| Deferred Rent | 295,000 | 295,000 | 295,000 | 295,000 | 295,000 | 295,000 | 295,000 |
| **Liabilities** | **21,287,973** | **20,660,971** | **20,230,058** | **20,126,059** | **20,103,309** | **19,004,660** | **17,878,486** |
| **Equity** | **3,489,674** | **3,576,729** | **1,618,112** | **838,402** | **177,939** | **(12,864,106)** | **(14,908,477)** |
| **Total Liabilities & Equity** | $ 24,777,648 | $ 24,237,700 | $ 21,848,170 | $ 20,964,460 | $ 20,281,248 | $ 6,140,555 | $ 2,970,008 |

Note that the balance sheet is based on data provided by management and information available on the accounting system.
However, certain line items have been reconciled to asset sale (such as inventory and PP&E).

| P&L Summary | Mar-22 | Apr-22 | May-22 | Jun-22 | Jul-22 | Aug-22 | Sep-22 |
|---|---|---|---|---|---|---|---|
| Gross income/sales (net) | $ 3,031,486 | $ 1,084,851 | $ 933,907 | $ 592,351 | $ 514,386 | $ 205,145 | $ - |
| Cost of goods sold | 1,212,594 | 433,941 | 373,563 | 236,940 | 205,754 | 82,058 | - |
| **Gross profit (a-b)** | **1,818,891** | **650,911** | **560,344** | **355,410** | **308,631** | **123,087** | **-** |
| Selling expenses | 274,303 | 365,812 | 746,948 | 355,084 | 201,616 | 168,470 | 25,930 |
| General and administrative expenses | 161,430 | 372,188 | 741,485 | 1,658,955 | 788,273 | 472,891 | 334,921 |
| Other expenses | - | - | - | - | - | - | - |
| Depreciation and/or amortization (not included in 4b) | - | - | - | - | - | - | - |
| Interest | - | 53,093 | - | - | - | - | 253,701 |
| Taxes (local, state, and federal) | - | - | - | 119,840 | - | 97,039 | - |
| Reorganization items | 192,005 | 160,418 | 149,024 | 67,467 | 36,358 | - | 1,523,085 |
| **Profit (loss)** | **$ 1,191,154** | **$ (300,599)** | **$ (1,077,113)** | **$ (1,845,934)** | **$ (717,616)** | **$ (615,313)** | **$ (2,137,637)** |

Note that the P&L has been constructed based on actual sales data and paid expenses.